**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No. 1:24-cv-02353

VICTOR MOSES,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO,
DENVER HEALTH AND HOSPITAL AUTHORITY,
TODD GENTRY, individually,
STEPHEN MARINO, individually,
ANTHONY NORMAN, individually,
FELIPE CERVANTES, individually,
KYLE CARTER, individually,
JOHNNA AITKEN, individually,
LISA AITKEN-NELSON, individually,
JASON MOORE, individually,
DAMON ROMAN, individually,
E. M. ALFARO, individually,
BRIAN CAMOZZI, individually,
COURTNEY WHAM, individually,
TAEGIN SUNG, individually,

    Defendants.

---

**NOTICE OF REMOVAL**

---

    To the Honorable Judges of the United States District Court for the District of Colorado:

    Defendants City and County of Denver, Colorado; Todd Gentry; Stephen Marino; Anthony Norman; Felipe Cervantes; Kyle Carter; Johnna Aitken; Lisa Aitken-Nelson; Jason Moore; Damon Roman; E. M. Alfaro; and Brian Camozzi, (collectively, the "Removing Parties"), by their undersigned attorneys, respectfully show this Court:

    1.    Removing Parties are defendants in the above-entitled action.

2. On July 30, 2024, the above-entitled action was commenced against Removing Parties in District Court for the City and County of Denver, Colorado, and is now pending in such court.

3. On August 22, 2024, counsel for Removing Parties filed a Waiver and Acceptance of Service in the state court action.

4. No further proceedings have been had in this action in the above-mentioned state court.

5. The above-entitled action is a civil action for alleged violations of Plaintiff's constitutional rights, which occurred while Plaintiff was training to be a police officer at the Denver Police Academy.

6. This Court has original jurisdiction of the above-entitled action pursuant to 28 U.S.C. § 1331,[1] and the action may therefore be removed to this Court pursuant to 28 U.S.C. § 1441(a).

7. This notice is filed with this Court within 30 days after service on Removing Parties of the summons and complaint in the above-entitled action.

8. A copy of the Complaint and Jury Demand served on Removing Parties in the above-entitled action is attached as **Exhibit A**.

9. A copy of the pleadings filed in the above-mentioned state court case are attached as **Exhibit B-1 through B-14**.

---

[1] This Court has supplemental jurisdiction over the non-federal question claims in this action pursuant to 28 U.S.C. § 1367, as they form part of the same controversy as the federal question claims.

10. Undersigned counsel has conferred with counsel for Defendants Denver Health and Hospital Authority, Courtney Wham, and Taegin Sung and is authorized to state that all defendants to the above-captioned action consent to removal to federal court.

11. On the date set forth below, a copy of this notice is being served on Plaintiff's attorney. On the same date, a copy of this notice is being filed with the clerk of the District Court for the City and County of Denver, Colorado, in which the action was commenced.

WHEREFORE, Removing Parties request that the above-entitled action be removed from the District Court of the City and County of Denver, Colorado, to this Court.

Respectfully submitted this 26th day of August, 2024.

                         GARNETT POWELL MAXIMON BARLOW & FARBES

                         *s/ Stanley L. Garnett*
                         Stanley L. Garnett, #12282
                         David D. Powell, #16152
                         Elaina Shively, # 42737
                         Lys Runnerstrom, #47423
                         Kristin L. Arthur, #52397
                         1125 17th Street, Suite 2200
                         Denver, CO 80202
                         Phone: (303) 991-3344
                         E-mail: stan.garnett@garnettlegalgroup.com
                         david.powell@garnettlegalgroup.com
                         elaina.shively@garnettlegalgroup.com
                         lys.runnerstrom@garnettlegalgroup.com
                         kristin.arthur@garnettlegalgroup.com

*Attorneys for Defendants City and County of Denver, Colorado; Todd Gentry; Stephen Marino; Anthony Norman; Felipe Cervantes; Kyle Carter; Johnna Aitken; Lisa Aitken-Nelson; Jason Moore; Damon Roman; E. M. Alfaro; and Brian Camozzi*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 26th day of August, 2024, a true and correct copy of the foregoing **NOTICE OF REMOVAL** was electronically filed using the Court's CM/ECF system.

*s/ Tracy Williams*
Tracy Williams