# EXHIBIT B-1

| | |
|---|---|
| DENVER COUNTY DISTRICT COURT<br>Court Address:<br>1437 Bannock Street<br>Denver, CO 80202 | DATE FILED<br>July 30, 2024 9:11 AM<br>FILING ID: D6D15E602BBAD<br>CASE NUMBER: 2024CV32321 |
| **PLAINTIFF**:<br><br>VICTOR MOSES,<br><br>v.<br><br>**DEFENDANTS**:<br><br>CITY AND COUNTY OF DENVER, COLORADO,<br>DENVER HEALTH AND HOSPITAL AUTHORITY,<br>TODD GENTRY, individually.<br>STEPHEN MARINO, individually;<br>ANTHONY NORMAN, individually;<br>FELIPE CERVANTES, individually;<br>KYLE CARTER, individually;<br>JOHANNA AITKEN, individually;<br>LISA AITKEN-NELSON, individually;<br>JASON MOORE, individually;<br>DAMON ROMAN, individually;<br>E. M. ALFARO, individually;<br>BRIAN CAMOZZI, individually;<br>COURTNEY WHAM, individually;<br>TAEGIN SUNG, individually. | ▲           ▲<br>COURT USE ONLY |
| Plaintiff's Counsel<br><br>John R. Holland, #5246<br>Anna Holland Edwards, #35811<br>Erica Grossman, #39342<br>Holland, Holland Edwards, & Grossman, LLC<br>1437 High Street<br>Denver, CO 80218<br>Phone: 303-860-1331<br>Facsimile: 303-832-6506<br>john@hheglaw.com<br>anna@hheglaw.com<br>erica@hheglaw.com<br><br>Darold W. Killmer, #16056 | Case Number:<br><br>Division: |

1

| |
|---|
| Reid R. Allison, # 52754<br>KILLMER LANE, LLP<br>1543 Champa St., Ste. 400<br>Denver, CO 80202<br>Phone: 303-571-1000<br>Facsimile: 303-571-1001<br>dkillmer@killmerlane.com<br>rallison@killmerlane.com |
| **DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD PARTY COMPLAINT** |

1. This cover sheet shall be filed with the initial pleading of a complaint, counterclaim, cross-claim or third party complaint in every district court civil (CV) case. It shall not be filed in Domestic Relations (DR), Probate (PR), Water (CW), Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases or in Water (CW) proceedings subject to sections 37-92-302 to 37-92-305, C.R.S. Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing.

2. Simplified Procedure under C.R.C.P. 16.1 **applies** to this case **unless** (check one box below if this party asserts that C.R.C.P. 16.1 **does not** apply);

    ❑   This is a class action, forcible entry and detainer, Rule 106, Rule 120, or other similar expedited proceeding, **or**

    ☒   This party is seeing a monetary judgment against another party for more than $100,000.00 exclusive of interest and costs, as supported by the following certification:

    By my signature below and in compliance with C.R.C.P. 11, based on information reasonably available to me at this time, I certify that the value of this party's claims against one of the other parties is reasonably believed to exceed $100,000.

 **Or**

    ❑   Another party has previously filed a cover sheet stating at C.R.C.P. 16.1 does not apply to this case.

3.   ☒   This party makes a **Jury Demand** at this time and pays the requisite fee. *See* C.R.C.P. 38. (Checking this box is optional.)

2

Date:  <u>July 30, 2024</u>    HOLLAND, HOLLAND EDWARDS & GROSSMAN, LLC

<u>/s/ John R. Holland</u>
John R. Holland, # 5246
Anna Holland Edwards, # 35811
Erica Grossman, #39342
1437 High Street
Denver, CO 80218
john@hheglaw.com

KILLMER, LANE & NEWMAN, LLP

<u>/s/ Darold W. Killmer</u>
Darold W. Killmer # 16056
Reid Allison # 52754
1543 Champa Street, Suite 400
Denver, Colorado 80202
Phone: (303) 571-1000
Facsimile: (303) 571-1001
dkillmer@killmerlane.com

ATTORNEYS FOR PLAINTIFF