# EXHIBIT B-4

| | |
|---|---|
| **DISTRICT COURT, DENVER COUNTY, COLORADO**<br>1437 Bannock St.<br>Denver, CO 80202 | |
| **Plaintiff:**<br><br>VICTOR MOSES,<br><br>v.<br><br>**Defendants:**<br><br>CITY AND COUNTY OF DENVER, COLORADO,<br>DENVER HEALTH AND HOSPITAL AUTHORITY,<br>TODD GENTRY, individually.<br>STEPHEN MARINO, individually;<br>ANTHONY NORMAN, individually;<br>FELIPE CERVANTES, individually;<br>KYLE CARTER, individually;<br>JOHANNA AITKEN, individually;<br>LISA AITKEN-NELSON, individually;<br>JASON MOORE, individually;<br>DAMON ROMAN, individually;<br>E. M. ALFARO, individually;<br>BRIAN CAMOZZI, individually;<br>COURTNEY WHAM, individually;<br>TAEGIN SUNG, individually. | DATE FILED<br>July 31, 2024 9:34 AM<br>FILING ID: 460380E775521<br>CASE NUMBER: 2024CV32321<br><br><br><br>▲**COURT USE ONLY**▲<br>_____<br><br>Case No.: 2024CV032321 |
| Plaintiff's Counsel:<br><br>Darold W. Killmer, #16056<br>Reid R. Allison, # 52754<br>KILLMER LANE, LLP<br>1543 Champa St., Ste. 400<br>Denver, CO 80202<br>Phone: 303-571-1000<br>Facsimile: 303-571-1001<br>dkillmer@killmerlane.com<br>rallison@killmerlane.com<br><br>John R. Holland, # 5246<br>Anna Holland Edwards, # 35811 | |

| Holland, Holland Edwards, & Grossman, LLC<br>1437 High Street<br>Denver, CO 80218<br>Phone: 303-860-1331<br>Facsimile: 303-832-6506<br>john@hheglaw.com<br>anna@hheglaw.com<br>erica@hheglaw.com | |
|---|---|
| **NOTICE OF ENTRY OF APPEARANCE** | |

Reid R. Allison of the law firm of KILLMER LANE, LLP, an attorney duly licensed to practice in the State of Colorado, hereby enters his appearance on behalf of the Plaintiff, Victor Moses.

DATED this 31st day of July 2024.

KILLMER LANE, LLP

*/s/ Reid Allison*

_____

Reid R. Allison, # 52754

1543 Champa Street, Suite 400
Denver, Colorado 80202
Phone: (303) 571-1000
Facsimile: (303) 571-1001
rallison@killmerlane.com

ATTORNEY FOR PLAINTIFF