# EXHIBIT B-5

**DISTRICT COURT, DENVER COUNTY, COLORADO**

1437 Bannock St.
Denver, CO 80202

**Plaintiff:**

VICTOR MOSES,

v.

**Defendants:**

CITY AND COUNTY OF DENVER, COLORADO,
DENVER HEALTH AND HOSPITAL AUTHORITY,
TODD GENTRY, individually.
STEPHEN MARINO, individually;
ANTHONY NORMAN, individually;
FELIPE CERVANTES, individually;
KYLE CARTER, individually;
JOHANNA AITKEN, individually;
LISA AITKEN-NELSON, individually;
JASON MOORE, individually;
DAMON ROMAN, individually;
E. M. ALFARO, individually;
BRIAN CAMOZZI, individually;
COURTNEY WHAM, individually;
TAEGIN SUNG, individually.

Plaintiff's Counsel:

Darold W. Killmer, #16056
Reid R. Allison, # 52754
KILLMER LANE, LLP
1543 Champa St., Ste. 400
Denver, CO 80202
Phone: 303-571-1000
Facsimile: 303-571-1001
dkillmer@killmerlane.com
rallison@killmerlane.com

John R. Holland, # 5246
Anna Holland Edwards, # 35811

DATE FILED
July 31, 2024 9:34 AM
FILING ID: 460380E775521
CASE NUMBER: 2024CV32321

▲COURT USE ONLY▲

_____

Case No.: 2024CV032321

| Holland, Holland Edwards, & Grossman, LLC<br>1437 High Street<br>Denver, CO 80218<br>Phone: 303-860-1331<br>Facsimile: 303-832-6506<br>john@hheglaw.com<br>anna@hheglaw.com<br>erica@hheglaw.com | |
|---|---|
| **NOTICE OF ENTRY OF APPEARANCE** | |

Darold W. Killmer of the law firm of KILLMER LANE, LLP, an attorney duly licensed to practice in the State of Colorado, hereby enters his appearance on behalf of the Plaintiff, Victor Moses.

DATED this 31st day of July 2024.

KILLMER LANE, LLP

*/s/ Darold W. Killmer*
_____
Darold W. Killmer # 16056
1543 Champa Street, Suite 400
Denver, Colorado 80202
Phone: (303) 571-1000
Facsimile: (303) 571-1001
dkillmer@killmerlane.com

ATTORNEY FOR PLAINTIFF