# EXHIBIT B-6

| | |
|---|---|
| **DISTRICT COURT, DENVER COUNTY, COLORADO**<br>1437 Bannock St.<br>Denver, CO 80202 | DATE FILED<br>August 9, 2024 10:27 AM<br>FILING ID: 14A0D66452B6B<br>CASE NUMBER: 2024CV32321 |
| **Plaintiff:**<br><br>VICTOR MOSES,<br><br>v.<br><br>**Defendants:**<br><br>CITY AND COUNTY OF DENVER, COLORADO,<br>DENVER HEALTH AND HOSPITAL AUTHORITY,<br>TODD GENTRY, individually.<br>STEPHEN MARINO, individually;<br>ANTHONY NORMAN, individually;<br>FELIPE CERVANTES, individually;<br>KYLE CARTER, individually;<br>JOHANNA AITKEN, individually;<br>LISA AITKEN-NELSON, individually;<br>JASON MOORE, individually;<br>DAMON ROMAN, individually;<br>E. M. ALFARO, individually;<br>BRIAN CAMOZZI, individually;<br>COURTNEY WHAM, individually;<br>TAEGIN SUNG, individually. | ▲**COURT USE ONLY**▲<br>_____<br><br>Case No.: **24CV32321**<br>Courtroom: **280** |
| Plaintiff's Counsel<br><br>John R. Holland, #5246<br>Anna Holland Edwards, #35811<br>Erica Grossman, #39342<br>Holland, Holland Edwards, & Grossman, LLC<br>1437 High Street<br>Denver, CO 80218<br>Phone: 303-860-1331<br>Facsimile: 303-832-6506<br>john@hheglaw.com<br>anna@hheglaw.com<br>erica@hheglaw.com<br><br>Darold W. Killmer, #16056<br>Reid R. Allison, # 52754<br>KILLMER LANE, LLP<br>1543 Champa St., Ste. 400<br>Denver, CO 80202 | |

|  |  |
|---|---|
| Phone: 303-571-1000<br>Facsimile: 303-571-1001<br>dkillmer@killmerlane.com<br>rallison@killmerlane.com |  |
| **WAIVER OF SERVICE OF SUMMONS AND COMPLAINT** ||

    I, Anthony E. Derwinski, do hereby certify that I am counsel for **Defendants Denver Health and Hospital Authority, Courtney Wham, and Taegin Sung** in this action and am authorized to and do hereby accept service of the Complaint and Jury Demand dated July 30, 2024, in lieu of personal service on Defendants by a certified process server. I also certify that I have received from counsel for Plaintiff a copy of the Delay Reduction Order and Pretrial Order entered in this matter on July 30, 2024.

    I agree to save the cost of service of a summons and an additional copy of the Complaint and Jury Demand by not requiring that I (or on whose behalf I am acting) be served with judicial process in the manner provided by C.R.C.P. 4.

    Pursuant to C.R.C.P. 4(i), I (or on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

    DATED this __9th__ day of __August_____ 2024.

                                           Ruegsegger Simons & Stern, LLC

                                           _____
                                           Anthony E. Derwinski, Esq.
                                           1700 Lincoln St., Suite 4500
                                           Denver, CO 80203
                                           T: 303.575.8026
                                           F: 303.623.1141
                                           aderwinski@rs3legal.com

                                           *Attorney for Defendants Denver Health and*
                                           *Hospital Authority, Courtney Wham, and Taegin*
                                           *Sung*