# EXHIBIT B-7

| | |
|---|---|
| DISTRICT COURT, DENVER COUNTY, COLORADO<br>1437 Bannock St.<br>Denver, CO 80202 | DATE FILED<br>August 21, 2024 1:40 PM<br>FILING ID: D544D8348609E<br>CASE NUMBER: 2024CV32321 |
| **Plaintiff:**<br><br>VICTOR MOSES,<br><br>v.<br><br>**Defendants:**<br><br>CITY AND COUNTY OF DENVER, COLORADO,<br>DENVER HEALTH AND HOSPITAL AUTHORITY,<br>TODD GENTRY, individually.<br>STEPHEN MARINO, individually;<br>ANTHONY NORMAN, individually;<br>FELIPE CERVANTES, individually;<br>KYLE CARTER, individually;<br>JOHANNA AITKEN, individually;<br>LISA AITKEN-NELSON, individually;<br>JASON MOORE, individually;<br>DAMON ROMAN, individually;<br>E. M. ALFARO, individually;<br>BRIAN CAMOZZI, individually;<br>COURTNEY WHAM, individually;<br>TAEGIN SUNG, individually. | ▲         ▲<br>**COURT USE ONLY** |
| <u>Plaintiff's Counsel</u><br>John R. Holland, #5246<br>Anna Holland Edwards, #35811<br>Erica Grossman, #39342<br>Holland, Holland Edwards, & Grossman, LLC<br>1437 High Street<br>Denver, CO 80218<br>Phone: 303-860-1331<br>Facsimile: 303-832-6506<br>john@hheglaw.com<br>anna@hheglaw.com<br>erica@hheglaw.com<br><br>Darold W. Killmer, #16056<br>Reid R. Allison, # 52754<br>KILLMER LANE, LLP<br>1543 Champa St., Ste. 400<br>Denver, CO 80202 | Case No.: 24CV32321<br>Courtroom 280 |

1

| | |
|---|---|
| Phone: 303-571-1000<br>Facsimile: 303-571-1001<br>dkillmer@killmerlane.com<br>rallison@killmerlane.com | |
| **NOTICE OF ENTRY OF APPEARANCE** | |

     Rachel Kennedy of the law firm of HOLLAND, HOLLAND EDWARDS & GROSSMAN, LLC, an attorney duly licensed to practice in the State of Colorado, hereby enters her appearance on behalf of the Plaintiff Victor Moses.

     Respectfully submitted this 21st day of August 2024.

                                 HOLLAND, HOLLAND EDWARDS & GROSSMAN, LLC

                                 */s/ Rachel Kennedy*
                                 Rachel Kennedy, #54038
                                 1437 High Street
                                 Denver, CO 80218
                                 Phone: (303) 860-1331
                                 rachel@hheglaw.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on August 21, 2024 I caused a true and correct copy of the foregoing to be served via Colorado Courts E-Filing on the following:

Darold W. Killmer
Reid R. Allison
KILLMER LANE, LLP
dkillmer@killmerlane.com
rallison@killmerlane.com
*Attorneys for Plaintiff*

                                 */s/ Brooke Thiele-LaForest*
                                 Brooke Thiele-LaForest, Paralegal

2