EXHIBIT B-9

| | |
|---|---|
| DISTRICT COURT, DENVER COUNTY, COLORADO<br>1437 Bannock Street<br>Denver, CO 80202 | DATE FILED<br>August 22, 2024 10:26 AM<br>FILING ID: 6955AD8B88C63<br>CASE NUMBER: 2024CV32321 |
| **Plaintiff**:<br>VICTOR MOSES<br><br>v.<br><br>**Defendants**:<br>CITY AND COUNTY OF DENVER, COLORADO; DENVER HEALTH AND HOSPITAL AUTHORITY; TODD GENTRY; STEPHEN MARINO; ANTHONY NORMAN; FELIPE CERVANTES; KYLE CARTER; JOHNNA AITKEN; LISA AITKEN-NELSON; JASON MOORE; DAMON ROMAN; E.M. ALFARO; BRIAN CAMOZZI; COURTNEY WHAM; and TAEGIN SUNG | ▲**COURT USE ONLY**▲ |
| *Attorneys for Defendants City and County of Denver, Colorado; Todd Gentry; Stephen Marino; Anthony Norman; Felipe Cervantes; Kyle Carter; Johnna Aitken; Lisa Aitken-Nelson; Jason Moore; Damon Roman; E.M. Alfaro; and Brian Camozzi*<br>Stanley L. Garnett (#12282)<br>David D. Powell Jr. (#16152)<br>Elaina E. Shively (#42737)<br>Lys Runnerstrom (#47423)<br>Kristin L. Arthur (#52397)<br>Garnett Powell Maximon Barlow & Farbes<br>1125 17th Street, Suite 2200<br>Denver, CO 80202<br>Telephone: (303) 991-3344<br>stan.garnett@garnettlegalgroup.com<br>david.powell@garnettlegalgroup.com<br>elaina.shively@garnettlegalgroup.com<br>lys.runnerstrom@garnettlegalgroup.com<br>kristin.arthur@garnettlegalgroup.com | Case No.: 2024cv32321<br>Courtroom: 280 |
| **ENTRY OF APPEARANCE** | |

Please take notice that Stanley L. Garnett, David D. Powell Jr., Elaina E. Shively, Lys Runnerstrom, and Kristin L. Arthur, of Garnett Powell Maximon Barlow & Farbes, hereby enter their appearances on behalf of Defendants City and County of Denver, Colorado; Todd Gentry; Stephen Marino; Anthony Norman; Felipe Cervantes; Kyle Carter; Johnna Aitken[1]; Lisa Aitken-Nelson; Jason Moore; Damon Roman; E.M. Alfaro; and Brian Camozzi.

Please include the undersigned on all certificates of service, correspondence, and filings in this case.

Dated: August 22, 2024

Garnett Powell Maximon Barlow & Farbes

*s/Stanley L. Garnett*
Stanley L. Garnett

*s/ David D. Powell Jr.*
David D. Powell Jr.

*s/ Elaina E. Shively*
Elaina E. Shively

*s/ Lys Runnerstrom*
Lys Runnerstrom

*s/ Kristin L. Arthur*
Kristin L. Arthur
1125 17th Street, Suite 2200
Denver, CO 80202
Telephone: (303) 991-3344
stan.garnett@garnettlegalgroup.com
david.powell@garnettlegalgroup.com
elaina.shively@garnettlegalgroup.com
lys.runnerstrom@garnettlegalgroup.com
kristin.arthur@garnettlegalgroup.com

---

[1] Ms. Aitken's first name is Johnna, not Johanna as is stated in the Complaint.

2

*Attorneys for Defendants City and County of Denver, Colorado; Todd Gentry; Stephen Marino; Anthony Norman; Felipe Cervantes; Kyle Carter; Johnna Aitken; Lisa Aitken-Nelson; Jason Moore; Damon Roman; E.M. Alfaro; and Brian Camozzi*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 22, 2024, a true and correct copy of the foregoing **ENTRY OF APPEARANCE** was filed and served via the Colorado Courts E-filing system upon the following:

John R. Holland
Anna Holland Edwards
Erica Grossman
Holland, Holland, Edwards & Grossman, LLC
1437 High Street
Denver, CO 802018
(303) 860-1331
john@hheglaw.com
anna@hheglaw.com
erica@hheglaw.com
*Attorneys for Plaintiff*

Darold W. Killmer
Reid R. Allison
Killmer Lane
1543 Champa St., Suite 400
Denver, CO 80202
(303) 571-1000
dkillmer@killmerlane.com
rallison@killmerlane.com
*Attorneys for Plaintiff*

                                                  *s/ Tracy Williams*
                                                  Tracy Williams