# EXHIBIT B-10

| | |
|---|---|
| DISTRICT COURT, DENVER COUNTY, COLORADO<br>1437 Bannock Street<br>Denver, CO 80202 | DATE FILED<br>August 22, 2024 10:26 AM<br>FILING ID: 6955AD8B88C63<br>CASE NUMBER: 2024CV32321 |
| **Plaintiff**:<br>VICTOR MOSES<br><br>v.<br><br>**Defendants**:<br>CITY AND COUNTY OF DENVER, COLORADO; DENVER HEALTH AND HOSPITAL AUTHORITY; TODD GENTRY; STEPHEN MARINO; ANTHONY NORMAN; FELIPE CERVANTES; KYLE CARTER; JOHNNA AITKEN; LISA AITKEN-NELSON; JASON MOORE; DAMON ROMAN; E.M. ALFARO; BRIAN CAMOZZI; COURTNEY WHAM; and TAEGIN SUNG | ▲COURT USE ONLY▲ |
| *Attorneys for Defendants City and County of Denver, Colorado; Todd Gentry; Stephen Marino; Anthony Norman; Felipe Cervantes; Kyle Carter; Johnna Aitken; Lisa Aitken-Nelson; Jason Moore; Damon Roman; E.M. Alfaro; and Brian Camozzi*<br>Stanley L. Garnett (#12282)<br>David D. Powell Jr. (#16152)<br>Elaina E. Shively (#42737)<br>Lys Runnerstrom (#47423)<br>Kristin L. Arthur (#52397)<br>Garnett Powell Maximon Barlow & Farbes<br>1125 17th Street, Suite 2200<br>Denver, CO 80202<br>Telephone: (303) 991-3344<br>stan.garnett@garnettlegalgroup.com<br>david.powell@garnettlegalgroup.com<br>elaina.shively@garnettlegalgroup.com<br>lys.runnerstrom@garnettlegalgroup.com<br>kristin.arthur@garnettlegalgroup.com | Case No.: 2024cv32321<br>Courtroom: 280 |
| **WAIVER AND ACCEPTANCE OF SERVICE OF SUMMONS AND COMPLAINT AND JURY DEMAND** | |

I, Stanley L. Garnett, do hereby certify that I am counsel for Defendants, City and County of Denver, Colorado; Todd Gentry; Stephen Marino; Anthony Norman; Felipe Cervantes; Kyle Carter; Johnna Aitken; Lisa Aitken-Nelson; Jason Moore; Damon Roman; E.M. Alfaro; and Brian Camozzi ("Defendants") in this action and am authorized to and do hereby accept service of the Complaint and Jury Demand dated July 30, 2024, in lieu of personal service on Defendants by a certified process server. I also certify that I have received from counsel for Plaintiff a copy of the Delay Reduction Order and Pretrial Order entered in this action on July 30, 2024.

I agree to save the cost of service of a summons and an additional copy of the Complaint and Jury Demand by not requiring that I (or on whose behalf I am acting) be served with judicial process in the manner provided by C.R.C.P. 4.

Pursuant to C.R.C.P. 4(i), I (or on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

Dated: August 22, 2024

Garnett Powell Maximon Barlow & Farbes

*s/ Stanley L. Garnett*
Stanley L. Garnett
David D. Powell Jr.
Elaina E. Shively
Lys Runnerstrom
Kristin L. Arthur

*Attorneys for Defendants City and County of Denver, Colorado; Todd Gentry; Stephen Marino; Anthony Norman; Felipe Cervantes; Kyle Carter; Johnna Aitken; Lisa Aitken-Nelson; Jason Moore; Damon Roman; E.M. Alfaro; and Brian Camozzi*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on August 22, 2024, a true and correct copy of the foregoing **WAIVER AND ACCEPTANCE OF SERVICE OF SUMMONS AND COMPLAINT AND JURY DEMAND** was filed and served via the Colorado Courts E-filing system upon the following:

John R. Holland
Anna Holland Edwards
Erica Grossman
Holland, Holland, Edwards & Grossman, LLC
1437 High Street
Denver, CO 802018
(303) 860-1331
john@hheglaw.com
anna@hheglaw.com
erica@hheglaw.com
*Attorneys for Plaintiff*

Darold W. Killmer
Reid R. Allison
Killmer Lane
1543 Champa St., Suite 400
Denver, CO 80202
(303) 571-1000
dkillmer@killmerlane.com
rallison@killmerlane.com
*Attorneys for Plaintiff*

*s/ Tracy Williams*
Tracy Williams