# EXHIBIT B-11

| | |
|---|---|
| DISTRICT COURT, DENVER COUNTY, COLORADO<br>1437 Bannock St., Room 256<br>Denver, CO 80202<br>Telephone: (720) 865-8301 | DATE FILED<br>August 22, 2024 2:20 PM<br>FILING ID: D85D8E67DCD82<br>CASE NUMBER: 2024CV32321 |
| Plaintiff: VICTOR MOSES<br><br>v.<br><br>Defendants: CITY AND COUNTY OF DENVER, et al. | ▲COURT USE ONLY▲ |
| *Attorneys for Denver Health, Courtney Wham and Taegin Sung*<br>Anthony E. Derwinski (#44408)<br>Ruegsegger Simons & Stern, LLC<br>1700 Lincoln Street, Suite 4500<br>Denver, CO 80203<br>303.623.1131<br>aderwinski@rs3legal.com | Case Number: 24CV32321<br><br>Division: 280 |
| **ENTRY OF APPEARANCE** | |

Anthony E. Derwinski of the law firm Ruegsegger Simons & Stern, LLC, hereby enters his appearance on behalf of Defendants, Denver Health and Hospital Authority, Courtney Wham and Taegin Sung.

/s/ Anthony E. Derwinski
Anthony E. Derwinski, Esq., Colo. Bar #44408
Ruegsegger Simons & Stern, LLC
1700 Lincoln Street, Suite 4500
Denver, Colorado 80203
Phone: 303.623.1131
E-mail: aderwinski@rs3legal.com
*Attorneys for Denver Health, Wham and Sung*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of August, 2024, a true and correct copy of the foregoing was filed and served via CCEF, with notice to all counsel of record.

_____