# EXHIBIT B-12

| | |
|---|---|
| DISTRICT COURT, DENVER COUNTY, COLORADO<br>1437 Bannock St., Room 256<br>Denver, CO 80202<br>Telephone: (720) 865-8301 | **DATE FILED**<br>August 22, 2024 2:26 PM<br>FILING ID: DB2691C462004<br>CASE NUMBER: 2024CV32321 |
| Plaintiff: VICTOR MOSES<br><br>v.<br><br>Defendants: CITY AND COUNTY OF DENVER, et al. | ▲COURT USE ONLY▲ |
| *Attorneys for Denver Health, Courtney Wham and Taegin Sung*<br>Anthony E. Derwinski (#44408)<br>Ruegsegger Simons & Stern, LLC<br>1700 Lincoln Street, Suite 4500<br>Denver, CO 80203<br>303.623.1131<br>aderwinski@rs3legal.com | Case Number: 24CV32321<br><br>Division: 280 |
| **UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD** | |

Defendants, Denver Health and Hospital Authority, Courtney Wham and Taegin Sung, by their counsel, Ruegsegger Simons & Stern, LLC, files this Unopposed Motion for Extension of Time to Answer or Otherwise Plead, as follows:

**CERTIFICATION OF CONFERRAL PURSUANT TO C.R.C.P. 121 1-15(8)**

Undersigned counsel has conferred regarding the relief requested. The Motion is **unopposed**.

**UNOPPOSED MOTION**

1. Denver Health, Courtney Wham and Taegin Sung waived service of process in this action on August 9, 2024.

2. These Defendants are required to answer or otherwise respond to the Complaint

within 21-days.

3. Counsel is in the process of reviewing the pleadings, the allegations and discussing with his clients regarding the same. Specifically, the numerous allegations in the 500-paragraph Complaint at Law.

4. These Defendants respectfully requests an extension in which to answer or otherwise respond to the Complaint, up to and including September 13, 2024.

5. The requested extension is warranted and timely. The deadline to answer or otherwise respond has not passed. Further, the case is not at issue.

6. Good cause exists for the requested extension. These Defendants are reviewing and investigating the allegations in the Complaint, inclusive of the specific allegations asserted against them.

7. The requested extension will not prejudice the Court because it will not impact other deadlines for the case.

8. This Motion is the first request by these Defendants for an extension of time.

WHEREFORE, Denver Health, Courtney Wham and Taegin Sung, respectfully request this Court to allow an extension of time up to and including September 13, 2024, to answer or otherwise respond to the Complaint.

Dated this 22nd day of August, 2024.

Respectfully submitted,

RUEGSEGGER SIMONS & STERN, LLC

By:_____
Anthony E. Derwinski, #44408
1700 Lincoln Street, Suite 4500
Denver, CO 80203
303-575-8026

aderwinski@rs3legal.com
Attorneys for Denver Health, Wham and Sung

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 22nd day of August, 2024, a true and correct copy of the foregoing was filed and served via CCEF, with notice to all counsel of record.

_____