# EXHIBIT B-14

| | |
|---|---|
| DISTRICT COURT, DENVER COUNTY, COLORADO<br>1437 Bannock St., Room 256<br>Denver, CO 80202<br>Telephone: (720) 865-8301 | **GRANTED BY COURT**<br>**08/23/2024**<br><br>DATE FILED<br>August 23, 2024 3:27 PM<br>CASE NUMBER: 2024CV32321<br><br>**DAVID H GOLDBERG**<br>**District Court Judge** |
| Plaintiff: VICTOR MOSES<br><br>v.<br><br>Defendants: CITY AND COUNTY OF DENVER, et al. | ▲COURT USE ONLY▲ |
| | Case Number: 24CV32321<br><br>Division: 280 |
| **ORDER RE: <u>UNOPPOSED</u> MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD** | |

THIS MATTER comes before the Court on Denver Health and Hospital Authority, Courtney Wham and Taegin Sung's Unopposed Motion for Extension of Time to Answer or Otherwise Plead. The Court hereby GRANTS the motion.

Date:_____

_____
District Court Judge

{04617892.DOCX;1 }