# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No.: 24-cv-2353**

VICTOR MOSES,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO, et al

    Defendants.

---

## NOTICE OF ENTRY OF APPEARANCE
---

John Holland of the law firm of HOLLAND, HOLLAND EDWARDS & GROSSMAN, LLC, hereby enters his appearance on behalf of Plaintiff, Victor Moses.

Respectfully submitted this 26th day of August, 2023.

        */s/ John Holland*
        John Holland
        HOLLAND, HOLLAND EDWARDS & GROSSMAN, LLC
        1437 High Street
        Denver, CO 80218
        303-860-1331
        303-832-6506 - fax
        john@hheglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of August, 2023, the foregoing was filed using the CM/ECF system. I hereby certify I will send electronic notification of said filing to the following recipients.

Stanley L. Garrett
HALL BOOTH SMITH, P.C.
stan.garnett@garnettlegalgroup.com
*Attorney for City and County of Denver*

/s/ *Brooke Thiele-LaForest*
Brooke Thiele-LaForest, Paralegal