IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 24-cv-02353-GPG

VICTOR MOSES,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO,
DENVER HEALTH AND HOSPITAL AUTHORITY,
TODD GENTRY, individually,
STEPHEN MARINO, individually,
ANTHONY NORMAN, individually,
FELIPE CERVANTES, individually,
KYLE CARTER, individually,
JOHANNA AITKEN, individually,
LISA AITKEN-NELSON, individually,
JASON MOORE, individually,
DAMON ROMAN, individually,
E. M. ALFARO, individually,
BRIAN CAMOZZI, individually,
COURTNEY WHAM, individually, and
TAEGIN SUNG, individually,

    Defendants.

---

## NOTICE OF ENTRY OF APPEARANCE

---

Reid Allison of the law firm of KILLMER LANE, LLP, an attorney duly licensed to practice before this Court, hereby enters his appearance on behalf of the Plaintiff, Victor Moses.

DATED this 27th day of August 2024.

        KILLMER LANE, LLP

        *s/ Reid Allison*
        _____
        Reid Allison
        1543 Champa St., Ste. 400
        Denver, CO 80202
        (303) 571-1000

(303) 571-1001 fax
rallison@killmerlane.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 27, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Stanley L. Garnett
David Powell
Elaina Shively
Lys Runnerstorm
Kristin Arthur
GARNETT POWELL MAXIMON BARLOW
900 Arapahoe Ave.
Boulder, CO 80302
(303) 991-3344
stan.garnett@garnettlegalgroup.com
david.powell@garnettlegalgroup.com
elaina.shively@garnettlegalgroup.com
lys.runnerstrom@garnettlegalgroup.com
kristin.arthur@garnettlegalgroup.com

*Counsel for Defendants City and County of Denver, Todd Gentry, Stephen Marino, Anthony Norman, Felipe Cervantes, Kyle Carter, Johanna Aitken, Lisa Aitken-Nelson, Jason Moore, Daman Roman, E.M. Alfaro, and Brian Camozzi*

Anthony E. Derwinski, Esq.
Ruegsegger Simons & Stern, LLC
1700 Lincoln St., Suite 4500
Denver, CO  80203
T: 303.575.8026
F: 303.623.1141
aderwinski@rs3legal.com

*Counsel for Defendants Denver Health and Hospital Authority, Courtney Wham, and Taegin Sung*

              KILLMER LANE, LLP

              *s/ Jesse Askeland*
              _____
              Jesse Askeland, paralegal