IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Case No. 1:24-cv-02353-GPG**

VICTOR MOSES,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO,
DENVER HEALTH AND HOSPITAL AUTHORITY,
TODD GENTRY, individually,
STEPHEN MARINO, individually,
ANTHONY NORMAN, individually,
FELIPE CERVANTES, individually,
KYLE CARTER, individually,
JOHNNA AITKEN, individually,
LISA AITKEN-NELSON, individually,
JASON MOORE, individually,
DAMON ROMAN, individually,
E. M. ALFARO, individually,
BRIAN CAMOZZI, individually,
COURTNEY WHAM, individually,
TAEGIN SUNG, individually,

    Defendants.

## ENTRY OF APPEARANCE

To:   The Clerk of Court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Defendants City and County of Denver, Colorado; Todd Gentry; Stephen Marino; Anthony Norman; Felipe Cervantes; Kyle Carter; Johnna Aitken; Lisa Aitken-Nelson; Jason Moore; Damon Roman; E.M. Alfaro; and Brian Camozzi.

Respectfully submitted this 27th day of August, 2024.

*s/ Lys Runnerstrom*
Lys Runnerstrom, #47423
Garnett Powell Maximon Barlow & Farbes
1125 17th Street, Suite 2200
Denver, CO 80202
Telephone: (303) 991-3344
Email: lys.runnerstrom@garnettlegalgroup.com

*Attorney for Defendants City and County of Denver, Colorado; Todd Gentry; Stephen Marino; Anthony Norman; Felipe Cervantes; Kyle Carter; Johnna Aitken; Lisa Aitken-Nelson; Jason Moore; Damon Roman; E.M. Alfaro; and Brian Camozzi*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 27th day of August, 2024, a true and correct copy of the foregoing **ENTRY OF APPEARANCE** was electronically filed using the Court's CM/ECF system upon the following:

John R. Holland
Anna Holland Edwards
Erica Grossman
Holland, Holland, Edwards & Grossman, LLC
1437 High Street
Denver, CO 802018
(303) 860-1331
john@hheglaw.com
anna@hheglaw.com
erica@hheglaw.com
*Attorneys for Plaintiff*

Darold W. Killmer
Reid R. Allison
Killmer Lane
1543 Champa St., Suite 400
Denver, CO 80202
(303) 571-1000
dkillmer@killmerlane.com
rallison@killmerlane.com
*Attorneys for Plaintiff*

Anthony E. Derwinski
Ruegsegger Simons & Stern, LLC
1700 Lincoln St., Suite 4500
Denver, CO 80203
(303) 575-8026
aderwinski@rs3legal.com
*Attorneys for Defendants Denver Health and Hospital Authority, Courtney Wham, and Taegin Sung*

*s/ Tracy Williams*
Tracy Williams