# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-02353-GPG-KAS

VICTOR MOSES

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO, et al.

    Defendants.

---

**STIPULATION TO EXTEND DENVER HEALTH AND HOSPITAL AUTHORITY, COURTNEY WHAM AND TAEGIN SUNG'S TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT PURSUANT TO D.C.COLO.LCivR 6.1(a)**

---

The parties, by and through their undersigned counsel, hereby stipulate and agree, for Denver Health and Hospital Authority, Courtney Wham and Taegin Sung a 10-day extension, up to and including September 13, 2024, to file a responsive pleading to Plaintiff's Complaint (ECF #3).

1. This matter was removed to this Court on August 26, 2024.

2. Pursuant to Fed. R. Civ. P. 81(c)(2), Denver Health, Courtney Wham and Taegin Sung are to file a responsive pleading to the Complaint by September 3, 2024.

3. Pursuant to D.C.Colo.LCivR 6.1(a), the parties have stipulated to extend these Defendants' responsive pleading date to September 13, 2024.

4. A copy of this Stipulation will be provided to the clients in accordance with D.C.Colo.LCivR 6.1(c).

IT IS SO STIPULATED,

s/Anthony E. Derwinski
Anthony E. Derwinski
Ruegsegger Simons & Stern, LLC
1700 Lincoln Street, Suite 4500
Denver, Colorado, 80203
Phone: 303.623.1131
Fax: 303.623.1141
E-mail: aderwinski@rs3legal.com
*Attorneys for Denver Health, Wham and Sung*

s/John Holland
John Holland
Holland, Holland, Edwards & Grossman, LLC
1437 High Street
Denver, CO  80218
Phone: 303.860.1331
Fax: 303-832-6506
E-mail: john@hheglaw.com
*Attorneys for Plaintiff*

s/Stanley Garnett
Stanley L Garnett
Garnett, Powell, Maximon, Barlow & Farbes
1125 17th Street, Suite 2200
Denver, CO  80202
Phone: 303.991-3344
E-Mail: stan.garnett@garnettlegalgroup.com
*Attorneys for City and County of Denver, Colorado, Gentry, Marino, Norman, Cervantes, Carter, Aitken, Aitken-Nelson, Moore, Roman, Alfaro and Camozzi*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of August, 2024, I electronically filed the foregoing using the CM/ECF system which will provide notice to all counsel of record and via email to Courtney Wham, Taegin Sung and Enid Wade (General Counsel) for Denver Health.

s/ Anthony E. Derwinski