# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No.: 24-cv-2353-GPG-KAS**

VICTOR MOSES,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO, et al

    Defendants.

---

## NOTICE OF ENTRY OF APPEARANCE
---

Dan Weiss of the law firm of HOLLAND, HOLLAND EDWARDS & GROSSMAN, LLC, hereby enters his appearance on behalf of Plaintiff, Victor Moses.

Respectfully submitted this 27th day of August, 2024.

    */s/ Dan Weiss*
    Dan Weiss
    Erica Grossman
    Anna Holland Edwards
    John Holland
    HOLLAND, HOLLAND EDWARDS & GROSSMAN, LLC
    1437 High Street
    Denver, CO 80218
    303-860-1331
    303-832-6506 - fax
    dan@hheglaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of August, 2024, the foregoing was filed using the CM/ECF system. I hereby certify I will send electronic notification of said filing to the following recipients.

Stanley L. Garrett
David D. Powell
Elaina E. Shively
Lys Runnerstrom
GARNETT POWELL MAXIMON BARLOW & FARBES
stan.garnett@garnettlegalgroup.com
David.powell@garnettlegalgroup.com
Elaina.shively@garnettlegalgroup.com
Lys.runnerstrom@garnetlegalgroup.com
*Attorneys for City and County of Denver*

Anthony E. Derwinski
RUEGSEGGER SIMONS & STERN, LLC
aderwinski@rs3legal.com
*Attorney for Denver Health, Wham & Sung*

Darold Killmer
Reid Allison
KILLMER LANE, LLP
dkillmer@killmerlane.com
rallison@killmerlane.com
*Attorneys for Plaintiff*

*/s/ Brooke Thiele-LaForest*
Brooke Thiele-LaForest, Paralegal