**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:24-cv-02353-GPG-KAS

VICTOR MOSES

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO, et al.

    Defendants.

---

### ENTRY OF APPEARANCE
---

To the Clerk of Court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Defendants, Denver Health and Hospital Authority, Courtney Wham and Taegin Sung.

    DATED at Denver, Colorado this 28th day of August, 2024.

    s/ Jeffrey C. Staudenmayer
    Jeffrey C. Staudenmayer, Colo. Bar #42981
    Ruegsegger Simons & Stern, LLC
    1700 Lincoln Street, Suite 4500
    Denver, Colorado 80203
    Phone: 303.623.1131
    Fax: 303.623.1141
    E-mail: jstaudenmayer@rs3legal.com
    *Attorneys for Denver Health, Wham and Sung*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of August, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

s/ Jeffrey C. Staudenmayer