**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Case No. 1:24-cv-02353-GPG-KAS**

VICTOR MOSES,

      Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO,
DENVER HEALTH AND HOSPITAL AUTHORITY,
TODD GENTRY, individually,
STEPHEN MARINO, individually,
ANTHONY NORMAN, individually,
FELIPE CERVANTES, individually,
KYLE CARTER, individually,
JOHNNA AITKEN, individually,
LISA AITKEN-NELSON, individually,
JASON MOORE, individually,
DAMON ROMAN, individually,
E. M. ALFARO, individually,
BRIAN CAMOZZI, individually,
COURTNEY WHAM, individually,
TAEGIN SUNG, individually,

      Defendants.

---

**PARTIALLY OPPOSED MOTION TO ANSWER OR OTHERWISE RESPOND TO
PLAINTIFF'S COMPLAINT AND JURY DEMAND**

---

Defendants City and County of Denver, Colorado; Todd Gentry; Stephen Marino; Anthony

Norman; Felipe Cervantes; Kyle Carter; Johnna Aitken; Lisa Aitken-Nelson; Jason Moore; Damon

Roman; E.M. Alfaro; and Brian Camozzi (collectively "City of Denver Defendants"), through

undersigned counsel, respectfully submit this Partially Opposed Motion for Extension of Time to

Answer or Otherwise Respond to Plaintiff's Complaint and Jury Demand and, in support, state as
follows.

**CONFERRAL PURSUANT TO D.C.COLO.LCivR 7.1(a):** Counsel for City of Denver
Defendants certifies that they conferred in good faith with counsel for Plaintiff and counsel for
Denver Health and Hospital Authority, Courtney Wham, and Taegin Sung (collectively "Denver
Health Defendants"). Plaintiff partially opposes the relief requested herein. Plaintiff does not
oppose a forty (40) day extension of time for the City of Denver Defendants to answer or otherwise
respond to the Complaint and Jury Demand, but Plaintiff does oppose a sixty (60) day extension
of time. Denver Health Defendants do not oppose the relief requested herein.

## MOTION

1.      Plaintiff filed a Complaint and Jury Demand on July 30, 2024, in Denver County
District Court (2024CV32321).

2.      City of Denver Defendants waived service of the Complaint and Jury Demand on
August 22, 2024.

3.      City of Denver Defendants filed a Notice of Removal to the United States District
Court for the District of Colorado on August 26, 2024 (ECF #1).

4.      The current deadline for City of Denver Defendants to answer or otherwise respond
to the Complaint and Jury Demand is September 12, 2024.

5.      The Complaint and Jury Demand address the actions of multiple defendants and
contain multiple allegations. Counsel for City of Denver Defendants requires additional time to
investigate these allegations, gather evidence, and evaluate existing documentation so that they
may adequately respond to the Complaint and Jury Demand.

6.      Because City of Denver Defendants waived service, had this case been initiated in federal court and pursuant to F.R.C.P. 4(d)(3), City of Denver Defendants would have had up to and including October 21, 2024, to answer or otherwise respond to the Complaint and Jury Demand.

7.      City of Denver Defendants therefore requests a sixty (60) day extension of time to answer or otherwise respond to the Complaint and Jury Demand, up to and including October 21, 2024.

8.      This is the City of Denver Defendants' first request for an extension of time.

9.      The requested extension will neither delay proceedings nor prejudice the parties as the suit has just commenced.

10.      Plaintiff partially opposes the relief requested herein. Denver Health Defendants do not oppose the relief requested herein.

WHEREFORE, City of Denver Defendants respectfully request a sixty (60) day extension of time to answer or otherwise respond to the Complaint and Jury Demand, up to and including October 21, 2024.

Respectfully submitted this 5th day of September, 2024.

GARNETT POWELL MAXIMON BARLOW & FARBES

s/ Stanley L. Garnett
Stanley L. Garnett (#12282)
David D. Powell Jr. (#16152)
Elaina Shively (#42737)
Lys Runnerstrom (#47423)
Kristin L. Arthur (#52397)
1125 17th Street, Suite 2200
Denver, CO 80202
Phone:   (303) 991-3344

E-mail:  stan.garnett@garnettlegalgroup.com
david.powell@garnettlegalgroup.com
elaina.shively@garnettlegalgroup.com
lys.runnerstrom@garnettlegalgroup.com
kristin.arthur@garnettlegalgroup.com

*Attorneys for Defendants City and County of Denver, Colorado; Todd Gentry; Stephen Marino; Anthony Norman; Felipe Cervantes; Kyle Carter; Johnna Aitken; Lisa Aitken-Nelson; Jason Moore; Damon Roman; E. M. Alfaro; and Brian Camozzi*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 5th day of September, 2024, a true and correct copy of the foregoing **PARTIALLY OPPOSED MOTION TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT AND JURY DEMAND** was electronically filed using the Court's CM/ECF system upon the following:

> John R. Holland
> Anna Holland Edwards
> Erica Grossman
> Dan Weiss
> Holland, Holland, Edwards & Grossman, LLC
> 1437 High Street
> Denver, CO 802018
> (303) 860-1331
> john@hheglaw.com
> anna@hheglaw.com
> erica@hheglaw.com
> dan@hheglaw.com
> *Attorneys for Plaintiff*
>
> Darold W. Killmer
> Reid R. Allison
> Killmer Lane
> 1543 Champa St., Suite 400
> Denver, CO 80202
> (303) 571-1000
> dkillmer@killmerlane.com
> rallison@killmerlane.com
> *Attorneys for Plaintiff*
>
> Anthony E. Derwinski
> Jeffrey C. Staudenmayer
> Ruegsegger Simons & Stern, LLC
> 1700 Lincoln St., Suite 4500
> Denver, CO 80203
> (303) 575-8026
> aderwinski@rs3legal.com
> jstaudenmayer@rs3legal.com
> *Attorneys for Defendants Denver Health and Hospital Authority, Courtney Wham, and Taegin Sung*

> *s/ Tracy Williams*
> Tracy Williams