### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-02353-GPG-KAS

VICTOR MOSES

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO, et al.

    Defendants.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

---

Defendants, Denver Health and Hospital Authority, Courtney Wham and Taegin Sung, ("Denver Health Defendants"), by and through their undersigned counsel, respectfully submit this Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint, as follows:

**CERTIFICATION OF CONFERRAL PURSUANT TO D.C.COLO.LCivR 7.1(a)**

The Denver Health Defendants certify that they conferred with counsel for Plaintiff and counsel for the City and County of Denver Defendants concerning the requested relief. The requested relief is unopposed.

**MOTION**

1. This matter was initiated on July 30, 2024, in Denver District Court.

2. The Denver Health Defendants waived service of process of the Complaint on August 9, 2024.

3. The City and County of Denver Defendants removed the matter to this Court on August 26, 2024.

4. Pursuant to Fed. R. Civ. P. 81(c)(2), the Denver Health Defendants' responsive pleading would have been due September 3, 2024. On August 26, 2024, the parties stipulated to a 10-day extension for the Denver Health Defendants to file their responsive pleading to September 13, 2024.

5. The Denver Health Defendants are requesting an extension, up to and including October 21, 2024, to answer or otherwise respond to Plaintiff's Complaint. Good cause exists for the requested extension. The Complaint contains 500 paragraphs and is 69 pages long. Counsel for the Denver Health Defendants requires additional time to investigate the allegations, interview its clients and client representatives, and review any pertinent documentation so that they may properly respond to the Complaint.

6. No prejudice will occur by this requested extension. The request is unopposed and agreed upon. Further, no deadlines have been set.

7. This is the Denver Health Defendants' first Motion for Extension of Time. As noted above, a previous stipulation for an extension of 10-days was filed by these defendants.

8. The Denver Health Defendants respectfully request and additional 38 days, up to and including, October 21, 2021, to file an answer or otherwise respond to Plaintiff's Complaint.

9. Pursuant to D.C.COLO.LCivR 6.1(c), this motion will be served on the clients. Pursuant to GPG Civ. Practice Standard 6.1(c), the Certificate of Service identifies the individuals who received such notice, including the name and title of any individual who received service on behalf of a client that is not a natural person.

3

WHEREFORE, the Denver Health Defendants, respectfully request an extension up to and including October 21, 2024, to file an answer or otherwise respond to Plaintiff's Complaint.

DATED at Denver, Colorado this 5th day of September, 2024.

                s/ Anthony E. Derwinski
                Anthony E. Derwinski, Esq., Colo. Bar #44408
                Ruegsegger Simons & Stern, LLC
                1700 Lincoln Street, Suite 4500
                Denver, Colorado 80203
                Phone: 303.623.1131
                Fax: 303.623.1141
                E-mail: aderwinski@rs3legal.com
                *Attorneys for Denver Health, Wham and Sung*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of September, 2024, I electronically filed the foregoing using the CM/ECF system which will provide notice to all counsel of record and via email to Courtney Wham, Taegin Sung and Enid Wade (General Counsel) for Denver Health.

s/ Anthony E. Derwinski