IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-02353-GPG-KAS

VICTOR MOSES

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO, et al.

    Defendants.

___

**ORDER**
___

    Before the Court is Denver Health and Hospital Authority, Courtney Wham and Taegin Sung's ("Denver Health Defendants") Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint. After review of the motion, the Court orders the motion is GRANTED. The Denver Health Defendants have up to and including October 21, 2024, to Answer or Otherwise Respond to Plaintiff's Complaint.

DATED:_____

                                              BY THE COURT:

                                              _____