IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02353-GPG-KAS

VICTOR MOSES,

     Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO,
DENVER HEALTH AND HOSPITAL AUTHORITY,
TODD GENTRY, individually,
STEPHEN MARINO, individually,
ANTHONY NORMAN, individually,
FELIPE CERVANTES, individually,
KYLE CARTER, individually,
JOHNNA AITKEN, individually,
LISA AITKEN-NELSON, individually,
JASON MOORE, individually,
DAMON ROMAN, individually,
E.M. ALFARO, individually,
BRIAN CAMOZZI, individually,
COURTNEY WHAM, individually, and
TAEGIN SUNG, individually

     Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

     This matter is before the Court on the City of Denver Defendants'[1] **Partially Opposed Motion to Answer or otherwise Respond to Plaintiff's Complaint and Jury Demand** [#20] (the "City of Denver Motion") and the Denver Health Defendants'[2] **Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint** [#21] (the "Denver Health Motion") (together, the "Motions").

---

[1] The City of Denver Defendants are Defendants City and County of Denver, Colorado; Todd Gentry; Stephen Marino; Anthony Norman; Felipe Cervantes; Kyle Carter; Johnna Aitken; Lisa Aitken-Nelson; Jason Moore; Damon Roman; E.M. Alfaro; and Brian Camozzi. *See City of Denver Motion* [#20] at 1.

[2] The Denver Health Defendants are Defendants Denver Health and Hospital Authority; Courtney Wham; and Taegin Sung. *See Denver Health Motion* [#21] at 1.

IT IS HEREBY **ORDERED** that the Motions [#20, #21] are **GRANTED**. The deadline for all Defendants to answer or otherwise respond to Plaintiff's operative complaint is extended to **October 21, 2024**.

Dated: September 5, 2024