# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-02353-GPG-KAS

VICTOR MOSES

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO, et al.

    Defendants.

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Defendants, Denver Health and Hospital Authority, Courtney Wham and Taegin Sung.

DATED at Denver, Colorado this 17th day of September, 2024.

                                  s/ Michele S. Carey
                                  Michele S. Carey, Colo. Bar #27225
                                  Ruegsegger Simons & Stern, LLC
                                  1700 Lincoln Street, Suite 4500
                                  Denver, Colorado 80203
                                  Phone:  303.623.1131
                                  Fax:  303.623.1141
                                  E-mail: mcarey@rs3legal.com
                                  *Attorneys for Denver Health, Wham and Sung*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of September, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

s/ Michele S. Carey