IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:24-cv-02353-GPG-KAS

VICTOR MOSES,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO,
DENVER HEALTH AND HOSPITAL AUTHORITY,
TODD GENTRY, individually,
STEPHEN MARINO, individually,
ANTHONY NORMAN, individually,
FELIPE CERVANTES, individually,
KYLE CARTER, individually,
JOHNNA AITKEN, individually,
LISA AITKEN-NELSON, individually,
JASON MOORE, individually,
DAMON ROMAN, individually,
E. M. ALFARO, individually,
BRIAN CAMOZZI, individually,
COURTNEY WHAM, individually,
TAEGIN SUNG, individually,

    Defendants.

**UNOPPOSED MOTION TO EXPAND PAGE LIMIT TO ADEQUATELY RESPOND TO PLAINTIFF'S COMPLAINT AND JURY DEMAND WITH SUBSTANTIVE MOTION TO DISMISS**

Defendants City and County of Denver, Colorado; Todd Gentry; Stephen Marino; Anthony Norman; Felipe Cervantes; Kyle Carter; Johnna Aitken; Lisa Aitken-Nelson; Jason Moore; Damon Roman; E.M. Alfaro; and Brian Camozzi (collectively "City of Denver Defendants"), by and through undersigned counsel, respectfully submit this Unopposed Motion to Expand the Page Limit for their Motion to Dismiss and, in support, state as follows.

**CONFERRAL PURSUANT TO D.C.COLO.LCivR 7.1(a):** Counsel for the City of Denver Defendants certifies that they conferred in good faith with counsel for Plaintiff and counsel for Denver Health and Hospital Authority, Courtney Wham, and Taegin Sung (collectively "Denver Health Defendants"). No party objects to an expansion of the page limit for the City of Denver Defendants' Motion to Dismiss.

## MOTION

1. Plaintiff filed a Complaint and Jury Demand on July 30, 2024, in Denver County District Court (2024CV32321).

2. City of Denver Defendants waived service of the Complaint and Jury Demand on August 22, 2024.

3. City of Denver Defendants removed the matter to the United States District Court for the District of Colorado on August 26, 2024 (ECF #1).

4. City of Denver Defendants intend to file a Motion to Dismiss by the **October 21, 2024** deadline.

5. City of Denver Defendants' Motion to Dismiss is limited to fifteen (15) pages pursuant to this Court's Civ. Practice Standard 10.1(c)(1)**.**

6. Defendants have good cause to seek expansion of the page limit because the expansion will promote fairness. *See* Civ. Practice Standard 10.1(c)(5)**.** The Motion to Dismiss is on behalf of twelve Defendants and responds to four of Plaintiff's claims for relief. These claims are complex, involving both the United States and Colorado Constitutions and federal and state law.

7. Because of the number of defendants and the nature of the claims to be addressed in the Motion to Dismiss, City of Denver Defendants require additional pages to fully and effectively present their arguments in accordance with Civ. Practice Standard 10.1(c)(3).

8. The requested expansion is appropriate and will neither delay proceedings nor prejudice the parties as the suit has just commenced.

9. I am authorized to state that no parties oppose this Motion.

WHEREFORE, the City of Denver Defendants respectfully request this Court expand the Motion to Dismiss page limit from fifteen (15) to twenty-five (25) pages.

Respectfully submitted this 10th day of October, 2024.

GARNETT POWELL MAXIMON BARLOW & FARBES

*s/ Stanley L. Garnett*
Stanley L. Garnett (#12282)
David D. Powell Jr. (#16152)
Elaina Shively (#42737)
Lys Runnerstrom (#47423)
Kristin L. Arthur (#52397)
1125 17th Street, Suite 2200
Denver, CO 80202
Phone:   (303) 991-3344
E-mail:   stan.garnett@garnettlegalgroup.com
             david.powell@garnettlegalgroup.com
             elaina.shively@garnettlegalgroup.com
             lys.runnerstrom@garnettlegalgroup.com
             kristin.arthur@garnettlegalgroup.com

*Attorneys for Defendants City and County of Denver, Colorado; Todd Gentry; Stephen Marino; Anthony Norman; Felipe Cervantes; Kyle Carter; Johnna Aitken; Lisa Aitken-Nelson; Jason Moore; Damon Roman; E. M. Alfaro; and Brian Camozzi*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 10th day of October, 2024, a true and correct copy of the foregoing **UNOPPOSED MOTION TO EXPAND PAGE LIMIT TO ADEQUATELY RESPOND TO PLAINTIFF'S COMPLAINT AND JURY DEMAND WITH SUBSTANTIVE MOTION TO DISMISS** was electronically filed using the Court's CM/ECF system upon the following:

> John R. Holland
> Anna Holland Edwards
> Erica Grossman
> Dan Weiss
> Holland, Holland, Edwards & Grossman, LLC
> 1437 High Street
> Denver, CO 802018
> (303) 860-1331
> john@hheglaw.com
> anna@hheglaw.com
> erica@hheglaw.com
> dan@hheglaw.com
> *Attorneys for Plaintiff*
>
> Darold W. Killmer
> Reid R. Allison
> Killmer Lane
> 1543 Champa St., Suite 400
> Denver, CO 80202
> (303) 571-1000
> dkillmer@killmerlane.com
> rallison@killmerlane.com
> *Attorneys for Plaintiff*
>
> Anthony E. Derwinski
> Jeffrey C. Staudenmayer
> Michele S. Carey
> Ruegsegger Simons & Stern, LLC
> 1700 Lincoln St., Suite 4500
> Denver, CO 80203
> (303) 575-8026
> aderwinski@rs3legal.com
> jstaudenmayer@rs3legal.com
> mcarey@rs3legal.com
> *Attorneys for Defendants Denver Health and Hospital Authority, Courtney Wham, and Taegin Sung*

5

*s/ Tracy Williams*
Tracy Williams