# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-02353-GPG-TPO

VICTOR MOSES

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO, et al.

    Defendants.

---

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO DESIGNATE NON-PARTIES AT FAULT

---

Defendants, Denver Health and Hospital Authority, Courtney Wham and Taegin Sung ("Denver Health Defendants"), by and through their undersigned counsel, respectfully submits this Unopposed Motion for Extension of Time to Designate Non-Parties At Fault, as follows:

### CERTIFICATION OF CONFERRAL PURSUANT TO D.C.COLO.LCivR 7.1(a)

Counsel has conferred with counsel for Plaintiff and counsel for the City and County of Denver Defendants concerning the requested relief. The requested relief is unopposed.

### MOTION

1. This matter was initiated on July 30, 2024, in Denver District Court.

2. Pursuant to C.R.S. § 13-21-111.5, designation of a nonparty, wholly or partially at fault must be made within "ninety days following commencement of the action unless the court determines that a longer period is necessary." Therefore, the designation is currently due October 28, 2024.

3. These Defendants require specific materials from other parties to make a good faith determination if a designation is necessary and required. Counsel is working together in efforts to provide such materials so the Denver Health Defendants can make the determination concerning the viability of such a designation.

4. The Denver Health Defendants are requesting an extension, up to and including December 3, 2024, for the parties to make any such designations.

5. No prejudice will occur by this requested extension. The request is unopposed and agreed upon.

6. There is a good faith basis for this request, as these Defendants require materials outside of their control in order to make the determination who, if anyone, should be designated.

7. This is the first request for an extension to designate non-parties.

8. Pursuant to D.C.COLO.LCivR 6.1(c), this motion will be served on the clients. Pursuant to GPG Civ. Practice Standard 6.1(c), the Certificate of Service identifies the individuals who received such notice, including the name and title of any individual who received service on behalf of a client that is not a natural person.

WHEREFORE, the Denver Health Defendants, respectfully request an extension up to and including December 3, 2024, for the parties to file any designation of non-parties at fault.

DATED at Denver, Colorado this 16th day of October, 2024.

s/ Anthony E. Derwinski
Anthony E. Derwinski, Esq., Colo. Bar #44408
Ruegsegger Simons & Stern, LLC
1700 Lincoln Street, Suite 4500
Denver, Colorado 80203
Phone: 303.623.1131
Fax: 303.623.1141
E-mail: aderwinski@rs3legal.com
*Attorneys for Denver Health, Wham and Sung*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of October, 2024, I electronically filed the foregoing using the CM/ECF system which will provide notice to all counsel of record and via email to Courtney Wham, Taegin Sung and Enid Wade (General Counsel) for Denver Health.

s/ Anthony E. Derwinski