IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:24-cv-02353-GPG-TPO

VICTOR MOSES

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO, et al.

    Defendants.

_____

**ORDER**
_____

Before the Court is Denver Health and Hospital Authority, Courtney Wham and Taegin Sung's ("Denver Health Defendants") Unopposed Motion for Extension of Time to Designate Non-Parties At Fault. After review of the motion, the Court orders the motion is GRANTED. The parties have up to and including December 3, 2024, to file any such designations.

DATED:_____

                                                BY THE COURT:

                                                _____