**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No.: 24-cv-2353-GPG-TPO**

VICTOR MOSES,

      Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO, et al

      Defendants.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO**
**DEFENDANTS' THREE MOTION TO DISMISS**

---

Plaintiff, by and through his attorneys, hereby files this Unopposed Motion for Extension of Time to Respond to Defendants' Three Motions to Dismiss and for Defendants Replies to such Responses, and as grounds therefore states as follows:

**CERTIFICATION PURSUANT TO D.C.COLO.LCivR. 7.1**

Counsel for Plaintiff certify that they have conferred with Counsel Garnett and Counsel Derwinski, who have authorized Plaintiff's Counsel to state that Defendants have no objection to the Court granting these requested extensions for Plaintiffs Responses.

1.     On October 21, 2024, all Defendants filed Motions to Dismiss of all claims, (Docs. #32, #33 & #34)

2.     Plaintiff's responses are currently due on November 12, 2024.

3.     Plaintiff respectfully requests that the Court grant him an extension until December 16, 2024 to respond to Defendants' three motions to dismiss.

4.      Based on conferral, the parties have also agreed to a reply deadline for all Defendants of January 17, 2025.

5.      All Plaintiff's counsel have reviewed the motions and met to discuss their content. Based thereon, Plaintiff's counsel believe additional time is needed to ensure proper and sufficient responses to these motions.[1]

6.      The requested extensions of time are also supported by the fact that all counsel are currently engaged in busy litigation practices and have significant other work conflicts competing for their time, including multiple mediations, hearings, depositions, and extensive motions practice in other pending civil rights cases, plus the upcoming holidays.

7.      There have been no previous requests for extensions of time by Plaintiff, and the requests made herein are in the interest of justice.

**CERTIFICATION PURSUANT TO D.C.COLO.LCivR 6.1(c)**

8.      Undersigned counsel certify that this motion will be served contemporaneously on their client upon the filing of this motion, which they have discussed with him.

WHEREFORE, Plaintiff requests that the Court Order Plaintiff's Responses to all Motions to Dismiss be due on or before December 16, 2024, and that Defendants' Replies thereto will be due on or before January 17, 2025.

Respectfully submitted this 28th day of October, 2024.

/s/ John Holland
John Holland
Anna Holland Edwards

---

[1] Based on these same reviews and discussions, and conferrals with opposing counsel, it is also anticipated that Plaintiffs will shortly file a partially opposed motion for additional pages to respond to Defendants' Motions.

Erica Grossman
Dan Weiss
HOLLAND, HOLLAND EDWARDS & GROSSMAN, LLC
1437 High Street
Denver, CO 80218
john@hheglaw.com
*For all Plaintiff's Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of October, 2024, the foregoing was filed using the CM/ECF system. I hereby certify I will send electronic notification of said filing to the following recipients.

Stanley L. Garrett
David D. Powell
Elaina E. Shively
Lys Runnerstrom
Kristin L. Arthur
GARNETT POWELL MAXIMON BARLOW & FARBES
stan.garnett@garnettlegalgroup.com
David.powell@garnettlegalgroup.com
Elaina.shively@garnettlegalgroup.com
Lys.runnerstrom@garnetlegalgroup.com
Kristin.arthur@garnettlegalgroup.com
*Attorneys for City and County of Denver*

Anthony E. Derwinski
Jeffrey C. Dtaudenmayer
Michele S. Carey
RUEGSEGGER SIMONS & STERN, LLC
aderwinski@rs3legal.com
jstaudenmayer@rs3legal.com
mcarey@rs3legal.com
*Attorney for Denver Health, Wham & Sung*

Darold Killmer
Reid Allison
KILLMER LANE, LLP
dkillmer@killmerlane.com
rallison@killmerlane.com
*Attorneys for Plaintiff*

*/s/ Brooke Thiele-LaForest*
Brooke Thiele-LaForest, Paralegal

3