IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02353-GPG-TPO

VICTOR MOSES,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO, et al.,

    Defendants.

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on October 29, 2024.**

    For good cause shown and noting that it is unopposed, the "Denver Health" Defendants' Motion for Extension of Time [ECF 30] is granted. The deadline for the Denver Health Defendants to make their C.R.S. § 13-21-111.5 non-party at fault designations is **extended** to **December 3, 2024**.