**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No.: 24-cv-2353-GPG-TPO**

VICTOR MOSES,

      Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO, et al

      Defendants.

_____

**UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR RESPONSE TO
DEFENDANTS' MOTION TO DISMISS**

_____

      Plaintiff, by and through his attorneys, hereby files this Unopposed Motion for Leave to Exceed Page Limit for Response to Defendants' Motion to Dismiss, and as grounds therefore states as follows:

      1.    Undersigned counsel has conferred with counsel for the City and County of Denver and related police Defendants, who does not oppose the relief requested herein.

      2.    Plaintiff's Response to Defendant City's Motions to Dismiss is due December 16, 2024.

      3.    Undersigned counsel is *very* mindful of the Court's previous order limiting Plaintiff to 25 pages on October 31, 2024. Doc. #39. In recently reviewing the Court's practice standards, counsel also became aware that briefs must be in Arial font, with 12pt Arial footnotes, which increases the document's length by several pages.

      4.    In filing this motion, Plaintiff's counsel represent that they have spent

considerable time and worked very diligently to draft a succinct brief, and have repeatedly edited in an effort to cut its length and make it 25 pages. However, after such efforts, and considering the practice standards, Counsel needs the requested additional pages to fully and adequately respond to a motion that seeks dismissal of state law claims under C.R.S. § 13-21-131, §1983 individual claims under the Fourth and Fourteenth Amendments, and *Monell* claims against Denver, claims which also involve constitutional and statutory immunity defenses, as well as workers compensation exclusivity defenses.

5.     Accordingly, Plaintiff respectfully requests an additional 5 pages to sufficiently respond to the City related Defendants' Motion (Doc. #32).

WHEREFORE, the Plaintiff respectfully requests that this Court allow Plaintiff 30 pages to respond to the City related Defendants' Motion to Dismiss.

Respectfully submitted this 9th day of December, 2024.

> */s/ John Holland*
> John Holland
> HOLLAND, HOLLAND EDWARDS & GROSSMAN, LLC
> 1437 High Street
> Denver, CO 80218
> 303-860-1331
> 303-832-6506 - fax
> john@hheglaw.com
> *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of December, 2024, the foregoing was filed using the CM/ECF system. I hereby certify I will send electronic notification of said filing to the following recipients.

Stanley L. Garrett
David D. Powell
Elaina E. Shively
Lys Runnerstrom
Kristin L. Arthur
GARNETT POWELL MAXIMON BARLOW & FARBES
stan.garnett@garnettlegalgroup.com
David.powell@garnettlegalgroup.com
Elaina.shively@garnettlegalgroup.com
Lys.runnerstrom@garnettlegalgroup.com
Kristin.arthur@garnettlegalgroup.com
*Attorneys for City and County of Denver*

Anthony E. Derwinski
Jeffrey C. Dtaudenmayer
Michele S. Carey
RUEGSEGGER SIMONS & STERN, LLC
aderwinski@rs3legal.com
jstaudenmayer@rs3legal.com
mcarey@rs3legal.com
*Attorney for Denver Health, Wham & Sung*

Darold Killmer
Reid Allison
KILLMER LANE, LLP
dkillmer@killmerlane.com
rallison@killmerlane.com
*Attorneys for Plaintiff*

*/s/ Brooke Thiele-LaForest*
Brooke Thiele-LaForest, Paralegal