IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No.: 24-cv-2353-GPG-TPO**

VICTOR MOSES,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO, et al

    Defendants.

---

**EXHIBITS TO DOC NO. 46, PLAINTIFF'S RESPONSE TO CITY OF DENVER AND POLICE DEFENDANTS MOTION TO DISMISS**

---

    Plaintiff, through counsel, provides this Court with two state trial court orders **Ex. 1** and **Ex. 2**, which are referenced in **Doc. No. 46,** at p. 12 n.13, and are attached here for ease of reference.

    Respectfully submitted this 17th day of December 2024.

| | |
|---|---|
| */s/ John Holland* | */s/ Darold Killmer* |
| John Holland | Darold Killmer |
| Dan Weiss | Reid Allison |
| Anna Holland Edwards | KILLMER LANE, LLP |
| Erica Grossman | 1543 Champa Street, Suite 400 |
| HOLLAND, HOLLAND EDWARDS & GROSSMAN, LLC | Denver, CO 80202 |
| 1437 High Street | dkillmer@killmerlane.com |
| Denver, CO 80218 | *Attorneys for Plaintiff* |
| john@hheglaw.com | |
| *Attorneys for Plaintiff* | |

## CERTIFICATE OF SERVICE

      I hereby certify that on the 17th day of December 2024, the foregoing was filed using the CM/ECF system. I hereby certify I will send electronic notification of said filing to the following recipients.

| | |
|---|---|
| Stanley L. Garrett | Anthony E. Derwinski |
| David D. Powell | Jeffrey C. Staudenmayer |
| Elaina E. Shively | Michele S. Carey |
| Lys Runnerstrom | RUEGSEGGER SIMONS & STERN, LLC |
| Kristin L. Arthur | aderwinski@rs3legal.com |
| GARNETT POWELL MAXIMON BARLOW & FARBES | jstaudenmayer@rs3legal.com |
| stan.garnett@garnettlegalgroup.com | mcarey@rs3legal.com |
| David.powell@garnettlegalgroup.com | *Attorney for Denver Health, Wham &* |
| Elaina.shively@garnettlegalgroup.com | *Sung* |
| Lys.runnerstrom@garnettlegalgroup.com | |
| Kristin.arthur@garnettlegalgroup.com | |
| *Attorneys for City and County of Denver* | |

Darold Killmer
Reid Allison
KILLMER LANE, LLP
dkillmer@killmerlane.com
rallison@killmerlane.com
*Attorneys for Plaintiff*

                                                   */s/ Brooke Thiele-LaForest*
                                                 Brooke Thiele-LaForest, Paralegal