IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Timothy P. O'Hara**

| | |
|---|---|
| Civil Action: 24-cv-02353-GPG-TPO | Date: December 19, 2024 |
| Courtroom Deputy: Jesse Torres | FTR – Courtroom C402 |

*Parties:*                                      *Counsel:*

VICTOR MOSES,                     John Holland
                                              Anna Holland-Edwards
                                              Darold Killmer

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO,    Stanley Garnett
DENVER HEALTH AND HOSPITAL AUTHORITY,    David Powell
TODD GENTRY,                               Lys Runnerstrom
STEPHEN MARINO,                          Kristin Arthur
ANTHONY NORMAN,                       Anthony Derwinski
FELIPE CERVANTES,
KYLE CARTER,
JOHNNA AITKEN,
LISA AITKEN-NELSON,
JASON MOORE,
DAMON ROMAN,
E.M. ALFARO,
BRIAN CAMOZZI,
COURTNEY WHAM, and
TAEGIN SUNG,

    Defendants.

---

# COURTROOM MINUTES

**SCHEDULING CONFERENCE**

**Court in session: 9:34 a.m.**

Court calls case. Appearances of counsel.

Discussion is held regarding the parties' proposed Scheduling Order.

Discussion is held regarding the Court's discovery dispute resolution procedures.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Parties shall designate affirmative experts **on or before July 18, 2025.**
Parties shall designate rebuttal experts **on or before September 5, 2025.**
Discovery Cut-off: **October 3, 2025**
Dispositive Motions Deadline: **November 7, 2025**

A Status Conference is set for **March 13, 2025, at 1:00 p.m.** before U.S. Magistrate Judge Timothy P. O'Hara in Courtroom C-402, on the fourth floor of the Byron G. Rogers United States Courthouse at 1929 Stout Street, Denver, Colorado. Should the parties determine that such a hearing is not necessary, the parties may jointly contact chambers to vacate the hearing.

**FINAL PRETRIAL CONFERENCE**: If no summary judgment motions are filed, the parties shall contact Judge Gallagher's chambers jointly via email within ten days after the dispositive motions deadline to set a Final Pretrial Conference. If dispositive motions are filed, parties shall contact Judge Gallagher's chambers jointly via email within thirty days after the Court has issued a ruling (assuming the case survives a motion for summary judgment) to set a Final Pretrial Conference.

HEARING CONCLUDED.

**Court in recess: 10:25 a.m.**
Total time in court: 00:51

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.