# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02353-GPG-TPO

VICTOR MOSES,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO, *et al.*,

    Defendants.

_____

## JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER
## CONCERNING CONFIDENTIAL INFORMATION
_____

Plaintiff and Defendants, by and through their respective undersigned counsel, pursuant to Fed. R. Civ. P. 26(c), hereby submit their Joint Motion for Entry of Protective Order as follows:

1.    The nature of the claims, defenses and damages asserted in this lawsuit involves discovery of documents and information containing Confidential Information, including medical records, financial information, personnel and employment records, and third-party information. The disclosure of such information outside the scope of this litigation could result in significant injury to one or more of the Parties' business or privacy interests.

2.    The Parties have stipulated to the terms of the Proposed Protective Order, attached as **Exhibit 1**.

3.    The requirements for a protective order are included within the form attached as Exhibit 1 because (1) good cause exists and has been shown, (2)

confidentiality may only be marked in good faith and after a review by designating counsel, (3) there is mechanism for challenging any designation of confidentiality that a party believes is improper, and (4) the burden rests with the party invoking confidentiality when a designation is challenged. *See Gillard v. Boulder Valley School Dist.*, 196 F.R.D. 382, 386 (D. Colo. 2000).

WHEREFORE, for good cause shown, the Parties respectfully request that the Court enter the attached Stipulated Protective Order.

DATED this 9th day of January 2025.

APPROVED:

*s/ Darold W. Killmer*
_____
Darold W. Killmer
Reid Allison
KILLMER LANE, LLP
1543 Champa Street, Suite 400
Denver, CO 80202
(303) 571-1000
(303) 571-1001 fax
dkillmer@killmerlane.com
rallison@killmerlane.com

John R. Holland
Anna Holland Edwards
Erica Grossman
Dan Weiss
HOLLAND, HOLLAND EDWARDS & GROSSMAN, LLC
1437 High Street
Denver, CO 80218
john@hheglaw.com
anna@hheglaw.com
erica@hheglaw.com
dan@hheglaw.com

*Counsel for Plaintiffs*

*s/ Kristin Arthur*
_____
Stanley L. Garnett
David Powell
Elaina Shively
Lys Runnerstrom
Kristin Arthur
GARNETT POWELL MAXIMON BARLOW
900 Arapahoe Ave.
Boulder, CO 80302
(303) 991-3344
stan.garnett@garnettlegalgroup.com
david.powell@garnettlegalgroup.com
elaina.shively@garnettlegalgroup.com
lys.runnerstrom@garnettlegalgroup.com
kristin.arthur@garnettlegalgroup.com

*Counsel for Defendants City and County of Denver, Todd Gentry, Stephen Marino, Anthony Norman, Felipe Cervantes, Kyle Carter, Johanna Aitken, Lisa Aitken-Nelson, Jason Moore, Daman Roman, E.M. Alfaro, and Brian Camozzi*

*s/*

2

        *s/ Anthony Derwinski*

        _____
Anthony E. Derwinski
Michele S. Carey
RUEGSEGGER SIMONS & STERN, LLC
1700 Lincoln St., Suite 4500
Denver, CO  80203
T: 303.575.8026
F: 303.623.1141
aderwinski@rs3legal.com
mcarey@rs3legal.com

*Counsel for Defendants Denver Health and Hospital Authority, Courtney Wham, and Taegin Sung*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 9, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Stanley L. Garnett
David Powell
Elaina Shively
Lys Runnerstorm
Kristin Arthur
GARNETT POWELL MAXIMON BARLOW
900 Arapahoe Ave.
Boulder, CO 80302
(303) 991-3344
stan.garnett@garnettlegalgroup.com
david.powell@garnettlegalgroup.com
elaina.shively@garnettlegalgroup.com
lys.runnerstrom@garnettlegalgroup.com
kristin.arthur@garnettlegalgroup.com

*Counsel for Defendants City and County of Denver, Todd Gentry, Stephen Marino, Anthony Norman, Felipe Cervantes, Kyle Carter, Johanna Aitken, Lisa Aitken-Nelson, Jason Moore, Daman Roman, E.M. Alfaro, and Brian Camozzi*

Anthony E. Derwinski
Michele S. Carey

Ruegsegger Simons & Stern, LLC
1700 Lincoln St., Suite 4500
Denver, CO  80203
T: 303.575.8026
F: 303.623.1141
aderwinski@rs3legal.com
mcarey@rs3legal.com

*Counsel for Defendants Denver Health and Hospital Authority, Courtney Wham, and Taegin Sung*

                              Killmer Lane, LLP

                              */s/ Jesse Askeland*
                              Paralegal