IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02353-GPG-TPO

VICTOR MOSES,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO, et al.,

    Defendants.

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on January 13, 2025.**

    For good cause shown, the Parties' Joint Motion for Entry of Stipulated Protective Order Concerning Confidential Information [ECF 58] is **granted**. However, the Court **amends ¶ 14 and adds the following language** to align with the Magistrate Judges' Uniform Practice Standards:

> "However, the Court shall not maintain jurisdiction to enforce the Protective Order after the case is closed."

D.C.COLO.MJ § V(5), Appendix A (model Joint Protective Order).

    The Court will enter the Parties' proposed Stipulated Protective Order separately.