IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-02353-GPG-TPO

VICTOR MOSES,

      Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO, et al.,

      Defendants.

---

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on March 11, 2025.**

      This matter comes before this Court upon the Parties' emailed request to appear remotely for the Status Conference set on March 13, 2025, at 1:00 p.m.

      Although this Court strongly prefers in-person attendance, particularly for local counsel, the Court will permit remote appearances. To connect to the courtroom remotely, Counsel may follow the Cisco Meeting App Instructions attached to this Minute Order.

      Should counsel encounter technical difficulties, counsel may call the telephone conference line at: (571) 353-2301; access code: 061746309

# Cisco Meeting App Instructions

# Judge Timothy P. O'Hara

- For laptop/PC - From Google Chrome (recommended) on Windows, or Safari on Mac or iDevice, click on the link below to join.  **IMPORTANT:  Contact Chambers or Courtroom Deputy prior to testing this link, as you may interrupt a scheduled setting:**

  https://meet.uc.uscourts.gov/meeting/132776284?secret=zBLYIdFg6VOwZOeT6yeqNw

  **Note:  Use the default of "Continue with browser" to join the meeting.**

- For VTC/SIP Systems:

  2221100@uc.uscourts.gov  Meeting ID- 132776284#

- For Audio Only:

  - Phone: 571-353-2301, then enter 132776284#

- **Once you have joined the conference either by Video or Audio, please MUTE YOUR MIC.**

  **Family Member/Public/Media "listen" to hearing:**

  571-353-2301
  Access Code: 061746309#