IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Timothy P. O'Hara**

| | |
|---|---|
| Civil Action: 24-cv-02353-GPG-TPO | Date: March 13, 2025 |
| Courtroom Deputy: Jesse Torres | FTR: Courtroom C-402 |

| *Parties:* | *Counsel:* |
|---|---|
| VICTOR MOSES, | Darold Killmer (by video teleconference) |
| | John Holland (by video teleconference) |
| | Reid Allison (by video teleconference) |
| Plaintiff, | |
| v. | |
| CITY AND COUNTY OF DENVER, COLORADO, | Stanley Garnett |
| DENVER HEALTH AND HOSPITAL AUTHORITY, | Lys Runnerstrom |
| TODD GENTRY, | Kristin Arthur |
| STEPHEN MARINO, | David Powell, Jr. |
| ANTHONY NORMAN, | Anthony Derwinski (by video teleconference) |
| FELIPE CERVANTES, | |
| KYLE CARTER, | |
| JOHNNA AITKEN, | |
| LISA AITKEN-NELSON, | |
| JASON MOORE, | |
| DAMON ROMAN, | |
| E.M. ALFARO, | |
| BRIAN CAMOZZI, | |
| COURTNEY WHAM, and | |
| TAEGIN SUNG, | |
| Defendant. | |

## COURTROOM MINUTES

**STATUS CONFERENCE**

**Court in session: 1:07 p.m.**

Court calls case. Appearances of counsel.

This matter is before the court regarding the status of the case.

Discussion is held regarding Defendants' Motion to Stay Discovery [ECF 43], which has been fully briefed. The Court reserves ruling and will issue a written order ruling on the Motion in due course, as discussed on the record.

For the reasons stated on the record, it is:

**ORDERED:**   On or before **March 21, 2025,** the Parties are directed to file via CM/ECF a joint list of non-party witnesses that the Parties are likely to depose at this time.

HEARING CONCLUDED.

**Court in recess: 1:27 p.m.**
Total time in court: 00:20

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.