**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 24-cv-02353-GPG-TPO

VICTOR MOSES,

     Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO, et al.

     Defendants.

---

**JOINT LIST OF PROPOSED NON-PARTY DEPOSITIONS PURSUANT TO ORDER
OF MARCH 13, 2025 (DOC. 67)**

---

Pursuant to the Order of the Court of March 13, 2025, (Doc. 67), the parties jointly

submit the following list of proposed non-party depositions, as follows:

**Plaintiff:**

1. Chief Ron Thomas

2. Michelle Folmar

3. Sgt. Virginia Quinones

4. Dr. Kelsey Smithhart

5. Technician Klukas

[Deponents of Recruit Officers, including some of the following]:

6. Recruit Officer Kimmie Shui

7. Recruit Officer Zachary Vasquez

8. Recruit Officer Jacob Mills

9. Recruit Officer Ashley Bravo Gallagher

1

10. Recruit Officer Donald Thomas

11. Recruit Officer Wayne Lacrue

12. Recruit Officer Ivan Lopez

13. Recruit Officer Joseph Herkimer

14. Recruit Officer Preston Riley

15. Recruit Officer Parker Anderson

16. Recruit Officer Timothy Hayes

17. Recruit Officer Jason Wright

18. Recruit Officer Alex Keiller

19. Recruit Officer Kirk Duhon

20. Recruit Officer Jacob Mills

21. Recruit Officer  Brian Shoonmaker

22. Kimberly Lockinour

23. Dr. Ezekiel Musi

24. Other CU-Anschutz (and other) care providers

**Defendants:** [1]

1. Dr. Jonathan Hirshberg

2. Dr. Martin Ezequiel Musi

3. Dr. Gemlyn George

4. Ren Moses

5. Diana Moses

6. Dr. Kelsey Smithhart

---

[1] Pursuant to Order of the Court (Doc. 51) depositions "shall be limited to ten (10) per side, exclusive of party depositions, Fed. R. Civ. P. 30(b)(6) depositions and experts."

7. Dr. Mona Amir

8. Dr. William Niehaus

9. Dr. Ronald Yang

10. Dr. Kirsten Salline

11. Dr. Melissa Gorman

12. Dr. Matthew Iorio

13. Annette Carter

DATED at Denver, Colorado this 21st day of March, 2025.

s/Darold Kilmer                              s/ Stanley Garnett

_____        _____

Darold W. Killmer                            Stanley L. Garnett
Reid Allison                                 David Powell
KILLMER LANE, LLP                            Elaina Shively
1543 Champa Street, Suite 400                Lys Runnerstrom
Denver, CO 80202                             Kristin Arthur
(303) 571-1000                               GARNETT POWELL MAXIMON BARLOW
(303) 571-1001 fax                           900 Arapahoe Ave.
dkillmer@killmerlane.com                     Boulder, CO 80302
rallison@killmerlane.com                     (303) 991-3344
                                             stan.garnett@garnettlegalgroup.com
John R. Holland                              david.powell@garnettlegalgroup.com
Anna Holland Edwards                         elaina.shively@garnettlegalgroup.com
Erica Grossman                               lys.runnerstrom@garnettlegalgroup.com
Dan Weiss                                    kristin.arthur@garnettlegalgroup.com
HOLLAND, HOLLAND EDWARDS & GROSSMAN,
LLC                                          *Counsel for Defendants City and County*
1437 High Street                             *of Denver, Todd Gentry, Stephen Marino,*
Denver, CO 80218                             *Anthony Norman, Felipe Cervantes, Kyle*
john@hheglaw.com                             *Carter, Johanna Aitken, Lisa Aitken-*
anna@hheglaw.com                             *Nelson, Jason Moore, Daman Roman,*
erica@hheglaw.com                            *E.M. Alfaro, and Brian Camozzi*
dan@hheglaw.com

*Counsel for Plaintiffs*                      s/ Anthony Derwinski

                                             _____

Anthony E. Derwinski
Michele S. Carey
RUEGSEGGER SIMONS & STERN, LLC
1700 Lincoln St., Suite 4500
Denver, CO  80203
T: 303.575.8026
F: 303.623.1141
aderwinski@rs3legal.com
mcarey@rs3legal.com

*Counsel for Defendants Denver Health
and Hospital Authority, Courtney Wham,
and Taegin Sung*

5

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of March, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

s/ Anthony E. Derwinski