IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Case No. 1:24-cv-02353-GPG-TPO**

VICTOR MOSES,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO,
DENVER HEALTH AND HOSPITAL AUTHORITY,
TODD GENTRY, individually,
STEPHEN MARINO, individually,
ANTHONY NORMAN, individually,
FELIPE CERVANTES, individually,
KYLE CARTER, individually,
JOHNNA AITKEN, individually,
LISA AITKEN-NELSON, individually,
JASON MOORE, individually,
DAMON ROMAN, individually,
E. M. ALFARO, individually,
BRIAN CAMOZZI, individually,
COURTNEY WHAM, individually,
TAEGIN SUNG, individually,

    Defendants.

---

**CITY OF DENVER DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST WRITTEN DISCOVERY REQUESTS**

---

Defendants City and County of Denver, Colorado; Todd Gentry; Stephen Marino; Anthony Norman; Felipe Cervantes; Kyle Carter; Johnna Aitken; Lisa Aitken-Nelson; Jason Moore; Damon Roman; E.M. Alfaro; and Brian Camozzi (collectively "City of Denver Defendants"), through undersigned counsel, respectfully submit this Motion for

Extension of Time to Respond to Plaintiff's First Written Discovery Requests and, in support, state as follows.

## **CONFERRAL PURSUANT TO D.C.COLO.LCivR 7.1(a)**

Counsel for City of Denver Defendants have conferred with Plaintiff's counsel and Plaintiff's counsel requested that the following objection be included in the motion on behalf of Plaintiff:

> As the local rules expressly state in 30.2 that the filing of a motion to stay all discovery shall not effectuate a stay unless the motion is granted. Plaintiff has been waiting for weeks to receive discovery. Absent a stay order, it is unacceptable under the cited Rule for City of Denver Defendants to not file timely responses to the outstanding discovery.

In response to Plaintiff's objection, City of Denver Defendants note they timely filed a Motion to Stay Discovery approximately three months prior to Plaintiff serving written discovery requests. City of Denver Defendants further note they produced Initial Disclosures and Supplemental Disclosures to Plaintiff, including documents, prior to Plaintiff serving written discovery requests, and will continue to do so as necessary.

## **MOTION**

1. Plaintiff served his First Written Discovery Requests on City of Denver Defendants on March 10, 2025.

2. The deadline for City of Denver Defendants to respond to Plaintiff's First Written Discovery Requests is April 9, 2025.

3. City of Denver Defendants filed a Motion to Stay Discovery [Doc. 43] on December 11, 2024.

4.      City of Denver Defendants have been diligently working on preparing responses to the 148 discovery requests propounded by Plaintiff. Many of these requests are for information and/or documents that span over a 15-year period and that relate to dozens of people. Responding to the requests is a significant undertaking.

5.      Despite City of Denver Defendants' efforts, they do not believe that they will be able to properly and adequately respond to Plaintiff's requests within the default 30-day period due to the extensive nature of the requests.

6.      City of Denver Defendants therefore request a twenty (20) day extension of time to respond to Plaintiff's First Written Discovery Requests from when the Court rules on City of Denver Defendants' Motion to Stay Discovery.

7.      This is City of Denver Defendants' first request for an extension of time related to Plaintiff's First Written Discovery Requests.

8.      The requested extension will neither delay proceedings nor prejudice the parties, particularly considering that responsive pleadings have yet to be filed.

9.      Pursuant to D.C.COLO.LCivR 6.1(c), a copy of this Motion has been served on the City of Denver Defendants.

WHEREFORE, City of Denver Defendants respectfully request a twenty (20) day extension of time to respond to Plaintiff's First Written Discovery Requests from when the Court rules on City of Denver Defendants' Motion to Stay Discovery.

Respectfully submitted this 7th day of April, 2025

GARNETT POWELL MAXIMON BARLOW & FARBES

*s/ Stanley L. Garnett*

Stanley L. Garnett, Reg. No. 12282
David D. Powell Jr., Reg. No. 16152
Lys Runnerstrom, Reg. No. 47423
Kristin L. Arthur, Reg. No. 52397
1125 17th Street, Suite 2200
Denver, CO 80202
Phone: (303) 991-3344
E-mail:  stan.garnett@garnettlegalgroup.com
david.powell@garnettlegalgroup.com
lys.runnerstrom@garnettlegalgroup.com
kristin.arthur@garnettlegalgroup.com

*Attorneys for Defendants City and County of Denver, Colorado; Todd Gentry; Stephen Marino; Anthony Norman; Felipe Cervantes; Kyle Carter; Johnna Aitken; Lisa Aitken-Nelson; Jason Moore; Damon Roman; E. M. Alfaro; and Brian Camozzi*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 7, 2025, a true and correct copy of the foregoing **CITY OF DENVER DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST WRITTEN DISCOVERY REQUESTS** was electronically filed and served using the Court's CM/ECF system upon the following:

>John R. Holland
>Anna Holland Edwards
>Erica Grossman
>Dan Weiss
>Holland, Holland, Edwards & Grossman, LLC
>1437 High Street
>Denver, CO 802018
>(303) 860-1331
>john@hheglaw.com
>anna@hheglaw.com
>erica@hheglaw.com
>dan@hheglaw.com
>*Attorneys for Plaintiff*
>
>Darold W. Killmer
>Reid R. Allison
>Killmer Lane
>1543 Champa St., Suite 400
>Denver, CO 80202
>(303) 571-1000
>dkillmer@killmerlane.com
>rallison@killmerlane.com
>*Attorneys for Plaintiff*
>
>Anthony E. Derwinski
>Jeffrey C. Staudenmayer
>Michele S. Carey
>Ruegsegger Simons & Stern, LLC
>1700 Lincoln St., Suite 4500
>Denver, CO 80203
>(303) 575-8026
>aderwinski@rs3legal.com
>jstaudenmayer@rs3legal.com
>mcarey@rs3legal.com
>*Attorneys for Defendants Denver Health and Hospital Authority, Courtney Wham, and Taegin Sung*

            *s/ Tracy Williams*
            Tracy Williams

5