**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 24-cv-02353-GPG-TPO

VICTOR MOSES,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO, *et al.*,

    Defendants.

---

**PLAINTIFF'S RESPONSE TO DENVER DEFENDANTS' MOTION FOR INDEFINITE EXTENSION ON DISCOVERY RESPONSES [DOC. 69]**

---

    The Local Rules in this District dictate quite clearly that "the filing of a motion to stay all discovery shall not effectuate a stay unless the motion is granted." D.C.Colo.L.CivR 30.2(a). Despite this straightforward rule, the Denver Defendants ask this Court to order the opposite: that they should not be required to respond to written discovery until 20 days after their pending motion to stay is decided upon. *See* [Doc. 69] at 3. Because of this District's Local Rule and for the reasons laid out in Plaintiff's Response to Defendants' Motion for Stay [Doc. 57], this motion for a stay while the stay is pending must be denied.

    Plaintiff's counsel's practice is to be reasonable and accommodating with extension of time requests.[1] However, the fact that the Denver Defendants request an

---

[1] For example, if Defendants had asked for 20 additional days from their original deadline (rather than from the unknown future date of the stay decision), Plaintiff's counsel would have had no objection.

*indefinite* stay from their discovery obligations and that that request flies in the face of the Local Rules compelled counsel to file this response.[2]

At the most recent status conference on March 13, 2025, this Court indicated that it had targeted April 11, 2025 for a decision on the pending Motion for Stay. Therefore, it is Plaintiff's counsel's understanding that this Court will soon rule on the underlying stay motion. In the meantime, however, the present motion must be denied.

DATED this 15th day of April 2025.

>KILLMER LANE, LLP
>
>*/s/ Darold W. Killmer*
>Darold W. Killmer
>Reid Allison
>KILLMER LANE, LLP
>1543 Champa Street, Suite 400
>Denver, CO 80202
>(303) 571-1000
>dkillmer@killmerlane.com
>rallison@killmerlane.com
>
>John R. Holland
>Anna Holland Edwards
>Erica Grossman
>Dan Weiss
>HOLLAND, HOLLAND EDWARDS & GROSSMAN, LLC
>1437 High Street
>Denver, CO 80218
>john@hheglaw.com
>anna@hheglaw.com
>erica@hheglaw.com
>dan@hheglaw.com
>
>*Counsel for Plaintiff*

---

[2] Similarly, Defendants' hyperbolic description of Plaintiff's discovery requests requires correction—Plaintiff has asked a reasonable and allowable number of discovery questions to a group of defendants. Expanding those requests out by each individual Defendant in order to come up with a big number is misleading and somewhat disingenuous. *See* [Doc. 69] at 3. Regardless, Defendants' requested relief is clearly not tied to the burden of the requests, as they have asked that their deadline be set out to an indefinite future date plus 20 days.

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing will was filed via CM/ECF, which will send notification to the following:

Stanley L. Garnett
David Powell
Elaina Shively
Lys Runnerstrom
Kristin Arthur
GARNETT POWELL MAXIMON BARLOW
900 Arapahoe Ave.
Boulder, CO 80302
(303) 991-3344
stan.garnett@garnettlegalgroup.com
david.powell@garnettlegalgroup.com
elaina.shively@garnettlegalgroup.com
lys.runnerstrom@garnettlegalgroup.com
kristin.arthur@garnettlegalgroup.com

*Counsel for Defendants City and County of Denver, Todd Gentry, Stephen Marino, Anthony Norman, Felipe Cervantes, Kyle Carter, Johanna Aitken, Lisa Aitken-Nelson, Jason Moore, Daman Roman, E.M. Alfaro, and Brian Camozzi*

Anthony E. Derwinski
Michele S. Carey
RUEGSEGGER SIMONS & STERN, LLC
1700 Lincoln St., Suite 4500
Denver, CO  80203
T: 303.575.8026
F: 303.623.1141
aderwinski@rs3legal.com
mcarey@rs3legal.com

*Counsel for Defendants Denver Health and Hospital Authority, Courtney Wham, and Taegin Sung*

                                                  KILLMER LANE, LLP

                                                  *s/ Jesse Askeland*
                                                  _____
                                                  Jesse Askeland