IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:24-cv-02353-GPG-TPO

VICTOR MOSES,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO,
DENVER HEALTH AND HOSPITAL AUTHORITY,
TODD GENTRY, individually,
STEPHEN MARINO, individually,
ANTHONY NORMAN, individually,
FELIPE CERVANTES, individually,
KYLE CARTER, individually,
JOHNNA AITKEN, individually,
LISA AITKEN-NELSON, individually,
JASON MOORE, individually,
DAMON ROMAN, individually,
E. M. ALFARO, individually,
BRIAN CAMOZZI, individually,
COURTNEY WHAM, individually,
TAEGIN SUNG, individually,

    Defendants.

## CITY AND COUNTY OF DENVER'S SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST WRITTEN DISCOVERY REQUESTS

Defendant City and County of Denver, Colorado, through undersigned counsel, respectfully submit this Motion for Extension of Time to Respond to Plaintiff's First Written Discovery Requests and, in support, state as follows.

**CONFERRAL PURSUANT TO D.C.COLO.LCivR 7.1(a):** Counsel for the City and County of Denver have conferred with Plaintiff's counsel. Plaintiff's counsel states they do not object to a two-day extension to serve the City and County of Denver's verified responses.

## MOTION

1. Pursuant to the Court's Order entered on April 23, 2025, the City and County of Denver's responses to Plaintiff's First Written Discovery Requests are due on May 7, 2025.

2. A representative from the City and County of Denver has not yet been able to verify the City and County of Denver's responses.

3. The City and County of Denver therefore requests a two (2) day extension of time to obtain verification of the City and County of Denver's responses to Plaintiff's First Written Discovery Requests, up to and including May 9, 2025.

4. This is the City and County of Denver's second request for an extension of time related to Plaintiff's First Written Discovery Requests.

5. The requested extension will neither delay proceedings nor prejudice the parties.

WHEREFORE, the City and County of Denver respectfully requests a two (2) day extension of time to respond to Plaintiff's First Written Discovery Requests up to and including May 9, 2025.

Respectfully submitted this 7th day of May, 2025

          GARNETT POWELL MAXIMON BARLOW & FARBES

          *s/ Stanley L. Garnett*
          Stanley L. Garnett, Reg. No. 12282
          David D. Powell Jr., Reg. No. 16152
          Lys Runnerstrom, Reg. No. 47423
          Kristin L. Arthur, Reg. No. 52397
          1125 17th Street, Suite 2200
          Denver, CO 80202
          Phone: (303) 991-3344
          E-mail: stan.garnett@garnettlegalgroup.com
              david.powell@garnettlegalgroup.com
              lys.runnerstrom@garnettlegalgroup.com
              kristin.arthur@garnettlegalgroup.com

          *Attorneys for Defendant City and County of Denver, Colorado*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 7, 2025, a true and correct copy of the foregoing **CITY AND COUNTY OF DENVER'S SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST WRITTEN DISCOVERY REQUESTS** was electronically filed and served using the Court's CM/ECF system upon the following:

John R. Holland
Anna Holland Edwards
Erica Grossman
Dan Weiss
Holland, Holland, Edwards & Grossman, LLC
1437 High Street
Denver, CO 802018
(303) 860-1331
john@hheglaw.com
anna@hheglaw.com
erica@hheglaw.com
dan@hheglaw.com
*Attorneys for Plaintiff*

Darold W. Killmer
Reid R. Allison
Killmer Lane
1543 Champa St., Suite 400
Denver, CO 80202
(303) 571-1000
dkillmer@killmerlane.com
rallison@killmerlane.com
*Attorneys for Plaintiff*

Anthony E. Derwinski
Jeffrey C. Staudenmayer
Michele S. Carey
Ruegsegger Simons & Stern, LLC
1700 Lincoln St., Suite 4500
Denver, CO 80203
(303) 575-8026
aderwinski@rs3legal.com
jstaudenmayer@rs3legal.com
mcarey@rs3legal.com
*Attorneys for Defendants Denver Health and Hospital Authority, Courtney Wham, and Taegin Sung*

                                                  *s/ Tracy Williams*
                                                  Tracy Williams